```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/30/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
In re

CUSTOMS AND TAX ADMINISTRATION OF THE
KINGDOM OF DENMARK (SKAT) TAX REFUND          18-md-2865 (LAK)
LITIGATION

This paper applies to: All Cases Identified on
Appendix A to Dkt. 548
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**PRETRIAL ORDER NO. 18**
(Order on Second Motion for Foreign Judicial Assistance)

LEWIS A. KAPLAN, *District Judge.*

       The motion of certain defendants for international judicial assistance to obtain evidence from the Kingdom of Denmark (18-md-2865, Dkt 548) is denied without prejudice to renewal after the completion of defendants' Rule 30(b)(6) deposition of the plaintiff and those of Mr. Jeppesen and Ms. Zester. Among other things, the Court does not now have sufficient information to judge the relevancy or materiality of testimony from the other witnesses sought and the proportionality of such additional discovery in this case. Nor should this ruling be taken as a categorical rejection of plaintiff's timeliness argument with respect to additional foreign witnesses.

       The Clerk shall spread this ruling to all cases identified on Appendix A to Dkt. 548.

       SO ORDERED.

Dated:      March 30, 2021

                                                                      Lewis A. Kaplan
                                                         United States District Judge