**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>CUSTOMS AND TAX ADMINISTRATION OF THE KINGDOM OF DENMARK (SKATTEFORVALTNINGEN) TAX REFUND SCHEME LITIGATION<br><br>This document relates to: All cases. | MASTER DOCKET<br><br>18-md-2865 (LAK) |

**NOTICE OF MOTION AND MOTION**
**FOR WITHDRAWAL OF APPEARANCE**

PLEASE TAKE NOTICE that, pursuant to Rule 1.4 of the Local Rules for the United States District Court for the Southern District of New York, I, Marc A. Weinstein, a partner with the law firm Hughes Hubbard & Reed LLP, hereby notify the Court that Sarah L. Cave is no longer associated with the law firm Hughes Hubbard & Reed LLP.  I, along with William R. Maguire and Neil J. Oxford, partners with the law firm Hughes Hubbard & Reed LLP, and John T. McGoey, counsel with the law firm Hughes Hubbard & Reed LLP, will continue to serve as lead counsel for Plaintiff Skatteforvaltningen.  Accordingly, I hereby request that Ms. Cave's name and email address be removed from the official docket of this multi-district litigation and the individual dockets of all cases consolidated herein.


Dated: New York, New York
October 2, 2019

Respectfully submitted,

HUGHES HUBBARD & REED LLP

By: /s/ Marc A. Weinstein
William R. Maguire
Marc A. Weinstein
Neil J. Oxford
John T. McGoey
One Battery Park Plaza
New York, NY  10004-1482
Tel.: (212) 837-6000
Fax: (212) 422-4726
Email: Marc.weinstein@hugheshubbard.com

*Attorneys for Plaintiff Skatteforvaltningen*

SO ORDERED:

_____
Hon. Lewis A. Kaplan
United States District Judge