UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**MEMO ENDORSED**

---

In re

CUSTOMS AND TAX ADMINISTRATION OF     MASTER DOCKET
THE KINGDOM OF DENMARK
(SKATTEFORVALTNINGEN) TAX REFUND      18-md-02865-LAK
SCHEME LITIGATION

This document relates to:   The cases
                            identified in
                            Appendix A

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6-24-24

## INVESTOR DEFENDANTS' MOTION FOR SEVERANCE

**PLEASE TAKE NOTICE** that defendants Richard Markowitz, John van Merkensteijn and Robert Klugman (the "Investor Defendants"), by their undersigned counsel, will apply before the Honorable Lewis A. Kaplan of the U.S. District Court for the Southern District of New York at the Daniel Patrick Moynihan U.S. Courthouse, 500 Pearl Street, New York, New York 10007, at a time and date to be determined by the Court, for an order under Rules 21 and 42(b) of the Federal Rules of Civil Procedure severing the claims against the Investor Defendants from those against defendant Michael Ben-Jacob ("Ben-Jacob") and joining Ben-Jacob in requesting the relief sought in Ben-Jacob's motion for severance filed contemporaneously herewith for the reasons set forth in the Investor Defendants' submissions dated January 4, 2024 (Dkt. 948), January 24, 2024 (Dkt. 953) and February 7, 2024 (Dkt. 955).

*This motion is denied without prejudice to renewal should the Ben-Jacob severance motion be withdrawn or should it become moot. In the absence of such a contingency, this motion would be entirely superfluous.*

SO ORDERED

_____
LEWIS A. KAPLAN, USDJ
6/24/24