# Exhibit 9

# Ganymede Cayman Limited

Harneys Services (Cayman) Limited,
3rd Floor, Queensgate House,
113 South Church Street,
PO Box 10240,
Grand Cayman KY1-1002
Cayman Islands

| | |
|---|---|
| Invoice Date | 22nd January 2013 |
| Invoice Number | 00014 |
| To | Sterling Alpha LLC 401(k) Profit Sharing Plan<br>John Doscas |
| Address | 11 Sterling Lane,<br>Sands Point, NY 11050,<br>United States of America |

Description

| Description | Amount Euro |
|---|---|
| Amount due under Tax Reclaim Advisory Services Agreement | € 203,872.00 |
| | |
| Total amount due in January 2013 | € 203,872.00 |

| | |
|---|---|
| Contact | Raj Shah |
| Contact Telephone | 00971 (0) 4 376 4200 |
| Contact Email | Ganymede@ganymedecayman.com |

**Amount due on invoice date.**

Payment details:
Bank details:

JPMORGAN CHASE BANK FRANKFURT          CHASDEFX
JPMORGAN CHASE BANK                    CHASGB2L
FURTHER CREDIT TO SOLO CAPITAL PARTNERS LLP
A/C # ███████3630
IBAN GB08CHAS60924241243630