# Exhibit 12-A

Paid 02/06/2017

*First Alton Inc.*
*450 Alton Rd. No. 1603*
*Miami Beach, FL 33139 USA*

# INVOICE

Date: 5-27-2015

Invoice Number: 05171501

Due Date: 06/15/15

| FROM: | First Alton Inc.<br>450 Alton Rd #1603<br>Miami Beach, FL 33139 USA | TO: | Ganymede Cayman Limited<br>c/o Genesis Trust & Corporate Services<br>2nd Floor, Midtown Plaza<br>Elgin Avenue<br>PO Box 448<br>Grand Cayman KY1-1106<br>Cayman Islands |

TAX NOT APPLICABLE

| Description | Total |
|---|---|
| Advisory Fees | USD 2,012,559.00 |

Please arrange for payment to be made to:

Name: First Alton Inc.
Bank: Chase Bank
Account: ▇▇▇▇2772
SWIFT Code: CHASUS33
Bank Address: Chase Bank
1801 Alton Road
Miami Beach, FL 33139

Thank you,

Roger Lehman
Director, First Alton Inc.

ELYSIUM-00000533