# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF NEW YORK

In re

SKAT TAX REFUND SCHEME LITIGATION

This document relates to:

18-cv-07828; 19-cv-01785; 19-cv-01867; 19-cv-
01781; 19-cv-01783; 19-cv-01866; 19-cv-01794; 19-
cv-01798; 19-cv-01869; 19-cv-01922; 19-cv-01800;
19-cv-01788; 19-cv-01870; 18-cv-07827; 19-cv-
01791; 19-cv-01792; 19-cv-01928; 19-cv-01926; 19-
cv-01868; 18-cv-07824; 19-cv-01929; 19-cv-01803;
19-cv-01806; 19-cv-01801; 19-cv-01894; 19-cv-
01808; 19-cv-01810; 19-cv-01809; 19-cv-01812; 19-
cv-01896; 19-cv-01871; 19-cv-01813; 18-cv-07829;
18-cv-04434; 19-cv-01815; 19-cv-01818; 19-cv-
01931; 19-cv-01918; 19-cv-01873; 21-cv-05339.

Case No. 1:18-md-2865-LAK



### [PROPOSED] ORDER FOR ADMISSION PRO HAC VICE OF
### NIHARIKA S. SACHDEVA

The motion of NIHARIKA S. SACHDEVA, for admission to practice *Pro Hac Vice* in

the above captioned cases is granted.

Applicant has declared that she is a member in good standing of the bar of the State of

California; and that her contact information is as follows:

Niharika S. Sachdeva
Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111-1809
Telephone: 415-391-5400
Facsimile: 415-397-7188
Email: nsachdeva@keker.com

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel

for Defendant Michael Ben-Jacob in the above entitled cases;

IT IS HEREBY ORDERED that Applicant is admitted to practice *Pro Hac Vice* in the

above captioned cases in the United States District Court for the Southern District of New York.

All attorneys appearing before this Court are subject to the Local Rules of this Court, including

the Rules governing discipline of attorneys.

Dated: _____3/6/24_____

LEWIS A. KAPLAN
UNITED STATE DISTRICT JUDGE

1

2414840.v1