UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

In re

CUSTOMS AND TAX ADMINISTRATION OF THE KINGDOM OF DENMARK (SKATTEFORVALTNINGEN) TAX REFUND SCHEME LITIGATION

This document relates to case nos.: 18-cv-07828; 19-cv-01785; 19-cv-01867; 19-cv-01893; 19-cv-01781; 19-cv-01783; 19-cv-01866; 19-cv-01895; 19-cv-01794; 19-cv-01865; 19-cv-01904; 19-cv-01798; 19-cv-01869; 19-cv-01922; 19-cv-01800; 19-cv-01788; 19-cv-01870; 18-cv-07827; 19-cv-01791; 19-cv-01792; 19-cv-01928; 19-cv-01926; 19-cv-01868; 18-cv-07824; 19-cv-01929; 19-cv-01803; 19-cv-01806; 19-cv-01906; 19-cv-01801; 19-cv-01894; 19-cv-01808; 19-cv-01810; 19-cv-01809; 18-cv-04833; 19-cv-01911; 19-cv-01898; 19-cv-01812; 19-cv-01896; 19-cv-01871; 19-cv-01813; 19-cv-01930; 18-cv-07829; 18-cv-04434; 19-cv-01815; 19-cv-01818; 19-cv-01931; 19-cv-01918; 19-cv-01873; 19-cv-01924; 19-cv-10713; 21-cv-05339

MASTER DOCKET

18-md-2865 (LAK)

---

**NOTICE OF PLAINTIFF SKATTEFORVALTNINGEN'S
MOTION FOR ISSUANCE OF A REQUEST FOR INTERNATIONAL JUDICAL
ASSISTANCE TO OBTAIN EVIDENCE (LETTER ROGATORY)**

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law, dated May 2, 2024, and the Declaration of Marc A. Weinstein, dated May 2, 2024, with all exhibits thereto, plaintiff Skatteforvaltningen, by its undersigned attorneys, will move the Court before the Honorable Lewis A. Kaplan at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, Courtroom 21B, at a date and time to be determined by the Court, for the issuance of a Request for International Judicial Assistance Pursuant to the Hague

Convention on the Taking of Evidence Abroad in Civil and Commercial Matters and 28 U.S.C. § 1781(b)(2).

Dated: New York, New York
      May 2, 2024

                                HUGHES HUBBARD & REED LLP

                                By:  /s/ Marc A. Weinstein
                                Marc A. Weinstein
                                William R. Maguire
                                Neil J. Oxford
                                Gregory C. Farrell
                                One Battery Park Plaza
                                New York, New York 10004-1482
                                Telephone: (212) 837-6000
                                Fax:  (212) 422-4726
                                marc.weinstein@hugheshubbard.com
                                bill.maguire@hugheshubbard.com
                                neil.oxford@hugheshubbard.com
                                gregory.farrell@hugheshubbard.com

                                *Counsel for Plaintiff Skatteforvaltningen (Customs and Tax Administration of the Kingdom of Denmark)*