# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>SKAT TAX REFUND SCHEME LITIGATION<br><br>This document relates to:<br><br>18-cv-07828; 19-cv-01785; 19-cv-01867; 19-cv-01781; 19-cv-01783; 19-cv-01866; 19-cv-01794; 19-cv-01798; 19-cv-01869; 19-cv-01922; 19-cv-01800; 19-cv-01788; 19-cv-01870; 18-cv-07827; 19-cv-01791; 19-cv-01792; 19-cv-01928; 19-cv-01926; 19-cv-01868; 18-cv-07824; 19-cv-01929; 19-cv-01803; 19-cv-01806; 19-cv-01801; 19-cv-01894; 19-cv-01808; 19-cv-01810; 19-cv-01809; 19-cv-01812; 19-cv-01896; 19-cv-01871; 19-cv-01813; 18-cv-07829; 18-cv-04434; 19-cv-01815; 19-cv-01818; 19-cv-01931; 19-cv-01918; 19-cv-01873; 21-cv-05339. | Case No. 1:18-md-2865-LAK |

## MOTION FOR SEPARATE TRIALS

**PLEASE TAKE NOTICE** that the undersigned attorneys for Defendant, Michael Ben-Jacob, will apply before the Honorable Lewis A. Kaplan of the Southern District of New York at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, 10007, at a time and date to be determined by the Court, for an order severing the claims against Defendant Michael Ben-Jacob and a separate trial for him pursuant to Federal Rules of Civil Procedure 42(b) and 21. In support of the motion, Defendant submits herewith a Memorandum of Law, Declaration of Elliot R. Peters and exhibits therewith, the pleadings and other documents on file in this matter, and any further argument or evidence that may be received by the Court.

1

2630165

                                                  Respectfully submitted,

                                                  KEKER, VAN NEST & PETERS LLP

Dated:  May 10, 2024

                                  By:    */s/ Elliot R. Peters*
                                                  ELLIOT R. PETERS
                                                  JULIA L. ALLEN
                                                  NIHARIKA S. SACHDEVA
                                                  633 Battery Street
                                                  San Francisco, CA 94111-1809
                                                  Telephone:  415 391 5400
                                                  Facsimile:  415 397 7188
                                                  epeters@keker.com

                                                  DEWEY PEGNO & KRAMARSKY
                                                  Thomas E.L. Dewey
                                                  Sean K. Mullen
                                                  777 Third Avenue, 37th Floor
                                                  New York, NY 10017
                                                  Telephone: (212) 943-9000
                                                  Facsimile: (212) 943-4325
                                                  tdewey@dpklaw.com

                                                  Attorneys for Defendant Michael Ben-Jacob

2630165