# Exhibit 27, Part 11 of 15



SYSTEMVEJLEDNING

| TI20314v | Papiroplysninger geninvestering af udbytte ved beregning (KI) |
|---|---|
| TI20317v | Udbytteoversigt - betalingsformidling til KI - geninvestering af udbytte (KI) |
| TI20292v | Advisering til ejerbogsfører – beholdningsoplysninger ifm. afvikling af en corporate action (AB) |
| TI20304v | Advisering til ejerbogsfører – navne- og adresseoplysninger ifm. afvikling af en corporate action (AB) |
| TI20306v | Ejerbogsførers navn og adresse (AB) |
| | |
| **Dan likviditet** | |
| TI20182v | Nettopåvirkning i likviditet pr. afviklingskørsel (PK), (AH) |
| | |
| **Dan betalingsformidling** | |
| TI20138v | Posteringsgrundlag pr. værdipapirkonto pr. pengekontofører (PK) |
| TI20197v | Posteringsgrundlag pr. pengekonto (PK) |
| TI20198v | Posteringsgrundlag pr. afkast/afregningskonto (PK) |
| TI20106v | Afstemningsoplysninger, periodiske betalinger (UD) |
| | |
| **Pengekontrollen** | |
| TI20034v | Bogføringsposter fra en afviklingskørsel – kopi (BS) |
| | |
| **Perioden mellem udbytteberegning og U2-skattekørsel** | |
| TI20328v | Ændring af udbytteskat til udstederansvarlig (UD) |
| TI20322v | Ændring af anvendt udbytteerklæring til KI (KI) |
| TI20323v | Ændring af udbytteskat til KI ved udbytteflytning (KI) |
| | |
| **U2-skattekørsel** | |
| TI20331v | Afstemning udbytte - total U2-skattekørsel (UD) |
| TI20332v | Papiroplysninger udbytte ved U2-skattekørsel (KI) |
| TI20321v | Oversigt over udbytteskat til KI (KI) |
| | |
| **Perioden mellem U2-skattekørsel og årsultimo** | |
| TI20323v | Udbytteflytning til KI (KI) |
| TI20324v | Ændring af udbytteskat til KI |

*) Dannes for de investorer der ikke tildeles udbytteaktier

SYSTEMVEJLEDNING

# 12 Corporate Action

Corporate Action systemet er opbygget af en række "handlinger", der hver for sig udfører en forretningsmæssig afgrænset hændelse. Handlingerne sammensættes i forskellige kombinationer - "prædefinerede corporate actions", se afsnit Prædefinerede corporate actions.

Corporate Action systemet kan håndtere flere valutaer for såvel aktier som obligationer.

VP kan medvirke ved/udføre følgende corporate action:

> ændring af aktiestørrelse (manuelt eller maskinelt)
> ændring af aktiekapital (aktiestørrelse)
> tildeling af fondsaktier/fondsandele (uden handel med retter)
> spaltning på grundlag af investorønsker
> spaltning af et selskab
> fusion
> sammenlægning af ISINs
> ophør med registrering
> dannelse af betalinger
> skift af ISIN
> beregning af udbytte på tidligere gemt beholdning
> Ekstraordinær obligationsindfrielse (CA) via ny ISIN
> Ændring af papir til eller fra Non par value
> Kapitaludlodning

Endvidere kan der rekvireres en total ejerbog.

Ved ønske om gennemførelse af en corporate action skal aktieudstedende institut i god tid kontakte Clearing & Custody Services, med hvem også det endelige tidspunkt for aktiviteten aftales.

Når det endelige tidspunkt er aftalt, sendes en blanket på den aftalte aktivitet til Clearing & Custody Services. Se under blanketter til dette afsnit.

Det er det aktieudstedende institut der skal tilse, at en given corporate action, forud for gennemførelse i VP, er registreret/godkendt hos de relevante myndigheder.

I de tilfælde, hvor en corporate action medfører ændringer i det juridiske eller tekniske tilslutningsmønster, skal disse bringes i orden før opgaven gennemføres.

Handler til afvikling senere end dagen for gennemførelse af en corporate action skal indrapporteres i den fortsættende ISIN.

Alle corporate actions faktureres det aktieudstedende institut (jf. VP's prisliste)
Ved generering af låst beholdning dannes provenue type 3 = udbytte.

Offentliggørelse af corporate actions
Når offentliggørelsesdato for en corporate action er nået, vil VP offentliggøre oplysninger om den pågældende opgave ved at danne "Offentliggørelsesinfoer" til datacentrene, udsende information (via E-mail) og via VP's hjemmeside.

Hvis kurser, der skal anvendes til gennemførelse af en corporate action, ikke er kendt på offentliggørelsestidspunktet, sendes kursoplysninger som info, og corporate action meddelelse, når disse oplyses fra udstederansvarlig (se afsnit "Oversigt over offentliggørelsesinfoer pr. offentliggørelsestype").

 **SYSTEMVEJLEDNING**

## Gennemførelse af corporate actions
Corporate actions gennemføres på kørselsdagen efter daglig opdatering, og på baggrund af den enkelte VP-konto's beholdning før skift af afviklingsdøgn.

I ombytninger, hvori der indgår 2 eller flere ophørende ISINs, vil der, i det omfang det er muligt, og udsteder ønsker det, ske sammenlægning af eventuelle spidser til hele ordinære aktier.

## Bundtning af delbeviser
Hvis der ved gennemførelse af en corporate action skal ske udlægning af spidser i delbeviser til efterfølgende bundtning, forudsætter Erhvervs- og Selskabsstyrelsen, at der skal deltage en garantistiller, som sikrer størrelsen af den fremtidige aktiekapital.

Det bør tilstræbes, at garantistillers VP-konto ikke på forhånd indeholder beholdninger i involverede ISINs.

## Betalinger fra corporate actions
Der er mulighed for at betalingsformidle et kontant vederlag og/eller spidser, der ikke kan omlægges, fra stort set samtlige typer af corporate action.

For alle typer af betalinger er der mulighed for at angive, om der skal tilbageholdes udbytteskat efter gældende regler.

## Overspringning af udsteders egne beholdninger
Det er muligt at foretage "overspringning" af beholdninger på udsteders egne konti, således at disse ikke deltager i en given corporate action.

Overspring af udsteders egne beholdninger kan ske i følgende prædefinerede typer af corporate actions:

> Ombytning af beholdninger
> Opsplitning af beholdninger
> Tildeling af beholdninger
> Nulstilling af beholdninger mod eventuel betaling
> Dannelse af betalingsgrundlag

## Overførsel fra udsteders egen beholdning
Der er mulighed for, at "tildelinger" i eksisterende ISINs kan ske ved overførsel fra udsteders egen beholdning af de pågældende ISINs. Der kan dog kun overføres fra én VP-konto pr. corporate action.

Overførsel fra udsteders egen beholdning kan ske i følgende prædefinerede typer af corporate actions:

> Ombytning af beholdninger
> Opsplitning af beholdninger
> Tildeling af beholdninger
> Ombytning af beholdninger med kontant vederlag pr. aktie

## Kontantforbehold
Kontantforbehold på beholdninger, der ombyttes, bibeholdes på den fortsættende ISIN under hensyntagen til ombytningsforholdet/kursen. Kontantforbehold bibeholdes dog ikke på delbeviser.

## Navnenotering
Navnenoterede beholdninger ombyttes/tildeles ud fra ombytningstallet/ombytningsforholdet i den enkelte ISIN.

 **SYSTEMVEJLEDNING**

Ved behandling af investorønsker bliver de nye beholdninger kun navnenoteret, hvis det angives ved registrering af investorønsket.

**Ejerbog**
Der dannes ændringer til ejerbogen i forbindelse med gennemførelse af corporate actions, når dette medfører ændringer i en navnenoteret beholdning.

**Ændringsmeddelelse**
Ændringsmeddelelsen indeholder en forklarende tekst til investorerne, udarbejdet af selskabet i samråd med det udstedende institut. Dog ikke ved sammenlægning af midlertidige og ordinære andele for investeringsforeninger. Her er teksten fast og udformet i samarbejde med Investeringsforeningsrådet.

Teksten kan højst fylde 25 linier á 72 tegn og placeres øverst på ændringsmeddelelsen. (Der leveres tekst pr. opgaven).

Teksten skal leveres på dansk og kan desuden leveres på engelsk, tysk og fransk, hvorefter udskrivning på disse sprog vil finde sted ud fra den registrerede sprogkode på VP-kontoen efter følgende retningslinier:

| | |
|---|---|
| Tekst leveret på dansk | udskrives på dansk uanset sprogkode |
| Tekst leveret på dansk og engelsk | udskrives på dansk for sprogkode = D<br>udskrives på engelsk for sprogkode = E, F og T |
| Tekst leveret på dansk og tysk | udskrives på dansk for sprogkode = D, E og F<br>udskrives på tysk for sprogkode = T |
| Tekst leveret på dansk og fransk | udskrives på dansk for sprogkode = D, E og T<br>udskrives på fransk for sprogkode = F |

For de deltagere der har truffet aftale med VP om decentral udsendelse af ændringsmeddelelser, er det muligt at modtage data til udsendelsen af ændringsmeddelelser fra Corporate Action systemet. Der må ikke ændres i disse data, men yderligere oplysninger kan tilføjes.

Meddelelserne skal afsendes snarest muligt og senest to hverdage efter, at registrering har fundet sted.

For øvrige deltagere vil ændringsmeddelelserne blive udskrevet og afsendt af VP.

Ændringsmeddelelserne optælles ikke i interbank-aktiegebyrsystemet eller i gebyroplysningssystemet.

**Behandling i datacentre:**
I forbindelse med corporate action kørsler dannes infoerne - "Start på kørsel af corporate actions" og "Slut på kørsel af corporate actions". Infoerne - "Start på periodisk kørsel" og "Afslutning på periodisk kørsel", dannes ved likviditetsmelding og ved betalingsformidling. Når infoerne "Slut på kørsel af corporate actions" respektive "Afslutning på periodisk kørsel" er dannet kan de relevante infoer trækkes hjem. De nævnte start/slut infoer dannes altid.

## Ændring af aktiestørrelse

### Ændring af aktiestørrelse - maskinel
Ændring af aktiestørrelse, uden tilsvarende ændring af aktiekapital, sker som en ombytning af beholdning. Samtidig er der mulighed for betaling af et kontant vederlag pr. aktie. Hvis ombytningen sker på baggrund af et "skævt" ombytningsforhold kan eventuelle spidser udlægges i delbeviser til efterfølgende bundtning, eller de kan betalingsformidles i den valuta udsteder ønsker anvendt. (se afsnit



**SYSTEMVEJLEDNING**

Ombytning af beholdning, afsnit Ombytning af beholdning med kontant vederlag pr. aktie og afsnit Oversigt over offentliggørelsesinfoer pr. offentliggørelsestype.

**Behandling hos den udstedelsesansvarlig**
Udstedende institut skal indsende blanket "12.B Ombytning af beholdning" eller 12.C Ombytning af beholdninger på baggrund af indre værdier" som findes i "Blanketter til vejledninger"
Teksten til ændringsmeddelelsen indsendes på blanket "19.M Tekst til ændringsmeddelelse"

**Behandling i VP**
VP gennemfører ændring af aktiestørrelse på kørselsdagen efter daglig opdatering på baggrund af den enkelte VP-konto's beholdning før skift af afviklingsdøgn.

**Uddata**
Hovedbogsoplysninger (UD)
Ændringsmeddelelser (kontohaver, rettighedshaver)
Status på beholdning efter afvikling af en corporate action (KI)
Advisering til KI (KI)
Ejerbogsændringer i forbindelse med afvikling af en corporate action (AB)

**Hvis opgaven indeholder betaling af spidser og/eller et kontant vederlag dannes**
Likviditetsmeldinger (PK), (AH)
Posteringsgrundlag (PK), (UD)
Bogføringsposter (BS)

**Hvis der skal tilbageholdes udbytteskat af betalingen dannes**
Afstemning udbytte (UD)
Udbytteoversigt (KI)

For yderligere beskrivelse se Uddata ""Prædefinerede corporate actions
Ombytning af beholdning"

**Ændring af aktiestørrelse - manuel**
**Behandling hos den udstedelsesansvarlig**
Udstedende institut udfører og har ansvaret for den manuelle ændring.

For børsnoterede selskaber underrettes NASDAQ OMX om, hvornår notering i den nye ISIN finder sted,

Kontoførende institut skal efter anmeldelse fra de berettigede overføre alle beholdninger i den gamle ISIN til det udstedende institut.

Udstedende institut indrapporterer nødvendige indfrielses- og emissionstransaktioner. Herefter overføres aktier i den nye ISIN til VP-konti i de kontoførende institutter.

**Behandling i VP**
På anmodning fra udstedende institut kan VP formidle kontakten til de kontoførende institutter, der har investorer med beholdning i den pågældende ISIN, så disse kontoførende institutter kan orientere de pågældende investorer om ændringen/ombytningen.

## Ændring af aktiekapital

Ændring af aktiekapitalen gennemføres ved en ændring af aktiestørrelsen, således at antal aktier er uforandret. I forbindelse med ændring af aktiekapitalen er det muligt samtidigt at ændre udstedelsesvalutaen. Endvidere er der mulighed for betaling af et kontant vederlag pr. aktie (se afsnit "Ændring af aktiekapital" og afsnit "Oversigt over offentliggørelsesinfoer pr. offentliggørelsestype").



## SYSTEMVEJLEDNING

**Behandling hos den udstedelsesansvarlig**
Udstedende institut skal indsende blanket "19.K Ændring af aktiekapital" og teksten til
ændringsmeddelelsen, se blanket "19.M Tekst til ændringsmeddelelse". som findes i "Blanketter til
vejledninger"

**Behandling i VP**
VP gennemfører ændring af aktiekapital på kørselsdagen efter daglig opdatering på baggrund af den
enkelte VP-konto's beholdning før skift af afviklingsdøgn.

**Uddata**
Hovedbogsoplysninger (UD)
Ændringsmeddelelser (kontohaver, rettighedshaver)

**Hvis opgaven indeholder betaling af et kontant vederlag dannes**
Likviditetsmeldinger (PK), (AH)
Posteringsgrundlag (PK), (UD)
Bogføringsposter (BS)

**Hvis der skal tilbageholdes udbytteskat af betalingen dannes**
Afstemning udbytte (UD)
Udbytteoversigt (KI)

For yderligere beskrivelse se Uddata "Eksempel: Ændring af aktiekapital"

## Tildeling af fondsaktier/fondsandele (uden handle med retter)

Det er en betingelse for VP's medvirken ved tildeling af fondsaktier/fondsandele uden handel med **retter**,
at selskabets udstedende institut indestår for, at tildelingen er vedtaget på selskabets generalforsamling.

Tildeling kan ske til nyoprettet ISIN eller som tilgang til eksisterende ISIN under hensyntagen til
tildelingsforholdet. Hvis tildelingen sker på baggrund af et "skævt" tildelingsforhold kan eventuelle
spidser udlægges i delbeviser til efterfølgende bundtning, eller de kan betalingsformidles i den valuta
udsteder ønsker anvendt (se afsnit "Tildeling af beholdning" og afsnit "Oversigt over
offentliggørelsesinfoer pr. offentliggørelsestype").

**Behandling hos den udstedelsesansvarlig**
For børsnoterede selskaber underrettes NASDAQ OMX, senest samtidig med at VP underrettes.

Udstedende institut skal indsende blanket 19.F Tildeling af beholdning" eller "19.G Tildeling af
beholdning på baggrund af indre værdi". Teksten til ændringsmeddelelsen indsendes på blanket "12.M
Tekst til ændringsmeddelelse", i "Blanketter til vejledninger".

**Behandling i VP**
VP gennemfører tildelingen på kørselsdagen efter daglig opdatering på baggrund af den enkelte VP-
konto's beholdning før skift af afviklingsdøgn.

**Uddata**
Hovedbogsoplysninger (UD)
Ændringsmeddelelser (kontohaver, rettighedshaver)
Status på beholdning efter afvikling af en corporate action (KI)
Advisering til KI (KI)
Ejerbogsændringer i forbindelse med afvikling af en corporate action (AB)

 **SYSTEMVEJLEDNING**

**Hvis opgaven indeholder betaling af spidser dannes**
Likviditetsmeldinger (PK), (AH)
Posteringsgrundlag (PK), (UD)
Bogføringsposter (BS)

**Hvis der skal tilbageholdes udbytteskat af betalingen dannes**
Afstemning udbytte (UD)
Udbytteoversigt (KI)

For yderligere beskrivelse se Uddata "Eksempel: Tildeling af beholdninger"

## Spaltning på grundlag af investorønsker

Ved spaltning af investeringsforeninger, afledt af lov om Pensionsbeskatning (PAL), skal kun en del af beholdningerne spaltes over i en ny afdeling.

Iflg. loven må midler, der stammer fra pensionsopsparing, ikke investeres i en udbyttegivende afdeling, men skal investeres i en akkumulerende afdeling.

Spaltningen sker på baggrund af registrerede investorønsker (se afsnit "Spaltning af beholdning på baggrund af investorønsker", afsnit "Oversigt over offentliggørelsesinfoer pr. offentliggørelsestype" og afsnit "Registrering og opsamling af investorønsker").

**Behandling hos den udstedelsesansvarlig**
Udstedende institut skal indsende blanket "19.L Spaltning på baggrund af investorønsker", se i "Blanketter til vejledninger"

**Behandling i VP**
VP gennemfører spaltningen på kørselsdagen efter daglig opdatering på baggrund af de indrapporterede investorønsker.

**Uddata**
Hovedbogsoplysninger (UD)
Ændringsmeddelelser (kontohaver, rettighedshaver)
Status på beholdning efter afvikling af en corporate action (KI)
Advisering til KI (KI)
Ejerbogsændringer i forbindelse med afvikling af en corporate action (AB)

For yderligere beskrivelse se Uddata "Eksempel: Spaltning af beholdning på baggrund af investorønsker"

## Registrering og opsamling af investorønsker

Ved spaltning af investeringsforeninger (spaltning af beholdning på baggrund af investorønsker), afledt af lov om Pensionsafkastbeskatning (PAL), hvor kun den del af beholdningerne, der stammer fra pensionsmidler, skal spaltes over i en akkumulerende afdeling, vil det kun være en del af beholdningerne, der skal behandles.

Forud for en spaltning af beholdning på baggrund af investorønsker vil der blive oprettet en corporate action opgave, der indeholder både den ISIN, der skal spaltes fra, og den ISIN, der skal spaltes til, samt dato for omlægning.

**Behandling hos centraldeltager**
Det er muligt for de kontoførende institutter at registrere, hvilke beholdninger kunden ønsker omlagt.



## SYSTEMVEJLEDNING

Registrering kan foretages fra offentliggørelsesdato og indtil dato for spaltningen. Da der ved visse opgaver kan registreres investorønsker i en meget lang periode, og der dermed kan ske ændringer af beholdningen, skal det ved registreringen angives, hvorvidt det er hele beholdningen, eller om det kun er en delmængde, der ønskes omlagt.

### Behandling i VP
Såfremt der ønskes en bestemt mængde til omlægning, og der ikke er fuld dækning for ønsket, vil VP omlægge den mængde, der er dækning for.

### Navnenotering
Ved omlægningen vil de nye andele kun blive noteret på navn, hvis det er angivet i investorønsket.

### Oversigt over registrerede investorønsker
Af hensyn til administration af investorønsker kan en oversigt over registrerede investorønsker rekvireres via transaktionen "Anmodning om udtræk af investorønsker - batch".

### Uddata
TI20264v                         Oversigt over investorønsker


## Spaltning af et selskab

Spaltning af selskab ud i to nye selskaber sker som "Opsplitning af beholdning" og med offentliggørelsestype 8, 9 eller 11. Hvis spaltningen sker på baggrund af et "skævt" tildelingsforhold kan eventuelle spidser udlægges i delbeviser til efterfølgende bundtning, eller de kan betalingsformidles i den valuta udsteder ønsker anvendt (se afsnit "Opsplitning af beholdning" og afsnit "Oversigt over offentliggørelsesinfoer pr. offentliggørelsestype")

### Behandling hos den udstedelsesansvarlig
Udstedende institut skal indsende blanket "19.D. Opsplitning" eller "19.E Opsplitning på baggrund af indre værdier". Teksten til ændringsmeddelelsen indsendes på blanket "19.M Tekst til ændringsmeddelelse", som findes i "Blanketter til vejledninger".

### Behandling i VP
VP gennemfører spaltningen på kørselsdagen efter daglig opdatering på baggrund af den enkelte VP-konto's beholdning før skift af afviklingsdøgn.

### Uddata
Hovedbogsoplysninger (UD)
Ændringsmeddelelser (kontohaver, rettighedshaver)
Status på beholdning efter afvikling af en corporate action (KI)
Advisering til KI (KI)
Ejerbogsændringer i forbindelse med afvikling af en corporate action (AB)

Hvis opgaven indeholder betaling af spidser dannes
Likviditetsmeldinger (PK), (AH)
Posteringsgrundlag (PK), (UD)
Bogføringsposter (BS)

Hvis der skal tilbageholdes udbytteskat af betalingen dannes
Afstemning udbytte (UD)
Udbytteoversigt (KI)

For yderligere beskrivelse se Uddata "Eksempel: Opsplitning af beholdninger"

**SYSTEMVEJLEDNING**

---

## Fusion

Fusioner gennemføres som "Ombytning af beholdninger". Samtidig er der mulighed for betaling af et kontant vederlag pr. aktie. Hvis ombytningen sker på baggrund af et "skævt" ombytningsforhold kan eventuelle spidser udlægges i delbeviser til efterfølgende bundtning, eller de kan betalingsformidles i den valuta udsteder ønsker anvendt (se afsnit "Prædefinerede corporate actions Ombytning af beholdning" afsnit "Ombytning af beholdning med kontant vederlag pr. aktie" og afsnit "Oversigt over offentliggørelsesinfoer pr. offentliggørelsestype")

### Behandling hos den udstedelsesansvarlig

For børsnoterede selskaber underrettes NASDAQ OMX og VP, når alle formalia er i orden. Såfremt fusionen kræver, at der oprettes en ny ISIN, skal det ligeledes aftales, hvornår noteringen af den/de ophørende og den nye ISIN henholdsvis slutter eller begynder.

For ej børsnoterede selskaber skal gennemførelse af fusionen alene aftales med VP.

Blanket for den specifikke fusion skal indsendes til VP sammen med teksten til ændringsmeddelelsen (se blanketterne "19.B Ombytning af beholdninger" eller "19.C Ombytning af beholdninger på baggrund af indre værdier" og "19.M Tekst til ændringsmeddelelse", som findes i "Blanketter til vejledninger").

### Behandling i VP

VP gennemfører fusionen på kørselsdagen efter daglig opdatering på baggrund af den enkelte VP-konto's beholdning før skift af afviklingsdøgn.

### Uddata

Hovedbogsoplysninger (UD)
Ændringsmeddelelser (kontohaver, rettighedshaver)
Status på beholdning efter afvikling af en corporate action (KI)
Advisering til KI (KI)
Ejerbogsændringer i forbindelse med afvikling af en corporate action (AB)

Hvis opgaven indeholder betaling af spidser og/eller et kontant vederlag dannes
Likviditetsmeldinger (PK), (AH)
Posteringsgrundlag (PK), (UD)
Bogføringsposter (BS)

Hvis der skal tilbageholdes udbytteskat af betalingen dannes
Afstemning udbytte (UD)
Udbytteoversigt (KI)

For yderligere beskrivelse se Uddata "Eksempel: Ombytning af beholdninger" og "Eksempel: Ombytning af beholdning med kontant vederlag pr. aktie"

## Sammenlægning af ISINs

Sammenlægning af ISINs sker som "Ombytning af beholdning" med offentliggørelsestype 01-05. Sammenlægning af midlertidige andele og ordinære andele for investeringsforeninger, hvor den kontante spids skal betragtes som udbytte, sker som "Ombytning af beholdninger" med offentliggørelsestype 06. Samtidig er der mulighed for betaling af et kontant vederlag pr. aktie. Hvis ombytningen sker på baggrund af et "skævt" ombytningsforhold kan eventuelle spidser udlægges i delbeviser til efterfølgende bundtning, eller de kan betalingsformidles i den valuta udsteder ønsker anvendt (se afsnit Prædefinerede corporate actions Ombytning af beholdning", afsnit "Ombytning af beholdning med kontant vederlag pr. aktie" og afsnit "Oversigt over offentliggørelsesinfoer pr. offentliggørelsestype").



**SYSTEMVEJLEDNING**

**Behandling hos centraldeltager**
For børsnoterede selskaber underrettes NASDAQ OMX, når alle formalia er i orden, om sidste noteringsdag for den ophørende ISIN.
Udstedende institut skal indsende blanket "19.B Ombytning af beholdninger" eller "19.C Ombytning af beholdninger på baggrund af indre værdier". Teksten til ændringsmeddelelsen indsendes på blanket "19.M Tekst til ændringsmeddelelse", som findes i "Blanketter til vejledninger".

**Ændringsmeddelelser**
Ved sammenlægning af midlertidige andele og ordinære andele for investeringsforeninger kan der ikke leveres individuel tekst, da teksten er udformet i samråd med Investeringsforeningsrådet. Ved øvrige sammenlægninger skal der leveres en tekst som beskrevet i afsnit 12 Corporate Action

**Behandling i VP**
VP gennemfører sammenlægningen på kørselsdagen efter daglig opdatering på baggrund af den enkelte VP-konto's beholdning før skift af afviklingsdøgn.

**Uddata**
Hovedbogsoplysninger (UD)
Ændringsmeddelelser (kontohaver, rettighedshaver)
Status på beholdning efter afvikling af en corporate action (KI)
Advisering til KI (KI)
Ejerbogsændringer i forbindelse med afvikling af en corporate action (AB)

**Hvis opgaven indeholder betaling af spidser og/eller et kontant vederlag dannes**
Likviditetsmeldinger (PK), (AH)
Posteringsgrundlag (PK), (UD)
Bogføringsposter (BS)

**Hvis der skal tilbageholdes udbytteskat af betalingen dannes**
Afstemning udbytte (UD)
Udbytteoversigt (KI)

For yderligere beskrivelse se Uddata Eksempel: Ombytning af beholdninger og Eksempel: Ombytning af beholdning med kontant vederlag pr. aktie

## Ophør med registrering

### Ophør med registrering med beviser

I henhold til registreringsbekendtgørelsen kan fondsaktiver i tilfælde af konkurs eller likvidation fortsætte registreringen, indtil selskabet eller investeringsforeningen endeligt er opløst. Herefter nulstilles beholdningerne, og der fremsendes meddelelse til de berørte investorer.

I tilfælde af fusion henvises til afsnit Fusion, hvor procedurer i den forbindelse er beskrevet.

Opnår en emission ikke den mindst forudsatte størrelse, eller er den fornødne indbetaling ikke foretaget, og emissionen derfor bortfalder, kan VP fortsætte registreringen, indtil emissionen er endeligt annulleret.

Ved tvangsindløsning af et selskabs mindretalsaktionærer kan registreringen fortsættes i VP, indtil deponering er sket i overensstemmelse med Selskabslovens regler.

Ønsker en udsteder ikke længere at være VP-registreret, kan ophør med registrering aftales med VP (se afsnit Ophør med registrering og afsnit Oversigt over offentliggørelsesinfoer pr. offentliggørelsestype).

 **SYSTEMVEJLEDNING**

"Ophør med registrering" nulstiller beholdningerne i de berørte ISINs. Samtidig er der mulighed for betaling af et kontant vederlag pr. ophørende ISIN. Til erstatning for de nulstillede beholdninger udfærdiges beviser. Det kontoførende institut udleverer beviserne til berettigede.

Følgende tiltag skal igangsættes, når et selskab ophører med registrering i VP.

| TIDSSKEMA | |
|---|---|
| Senest 4 uger før ophør | Meddelelse til kontohaver/rettighedshaver med oplysning om det forestående ophør<br>Meddelelse til KI<br>Bekendtgørelse i Statstidende |
| Ophørsdagen | Beholdninger nulstilles<br>Ændringsmeddelelse udsendes<br>Handler med afvikling senere end ophørsdagen annulleres |
| Senest 8 børsdage efter ophør | VP fremsender til KI:<br>fordelingsoversigt for beviser<br>kontoudskrift og beviser ved ophør<br>udleveringsvejledning |
| Senest 8 børsdage efter materialets modtagelse | KI skal:<br>skriftligt underrette om fremgangsmåde til berettigede<br>forestå udleveringen af beviserne |

**Fastsættelse af ophørsdatoen**
Udstedende institut og VP fastsætter i samråd dato for:
- frist for modtagelse af anmeldelser i VP
- fondsaktivernes endelige ophør med registrering
- udsendelse af meddelelse til berettigede om ophør med registrering

Udstedende institut skal indsende blanket "19.I Ophør med beviser" og teksten til ændringsmeddelelsen, se blanket "19.M Tekst til ændringsmeddelelse", som findes i "Blanketter til vejledninger"

Aftale om ophør skal foreligge senest 6 uger før selve ophørsdatoen, da der til optagelsen i Statstidende medgår en ekspeditionstid på ca. 1 uge.

**Senest 4 uger før ophøret**
- Advisering om ophør med registrering udsendes til:
  - kontohavere
  - rettighedshavere
- VP-information om ophør udsendes
- Bekendtgørelse om ophør indrykkes i Statstidende

Adviseringen og bekendtgørelsen skal indeholde oplysninger om fremgangsmåde for udlevering af beviser til erstatning for de i VP registrerede fondsaktiver.

Teksten til adviseringen kan højst fylde 50 linier á 72 tegn og udarbejdes af selskabet i samråd med udstedende institut.

Teksten skal leveres på dansk og kan desuden leveres på engelsk, tysk og fransk, hvorefter udskrivning på disse sprog vil finde sted ud fra den registrerede sprogkode på VP-kontoen efter følgende retningslinier:

Tekst leveret på dansk                    udskrives på dansk uanset sprogkode

**SYSTEMVEJLEDNING**

| | |
|---|---|
| Tekst leveret på dansk og engelsk | udskrives på dansk for sprogkode = D<br>udskrives på engelsk for sprogkode = E, F og T |
| Tekst leveret på dansk og tysk | udskrives på dansk for sprogkode = D, E og F<br>udskrives på tysk for sprogkode = T |
| Tekst leveret på dansk og fransk | udskrives på dansk for sprogkode = D, E og T<br>udskrives på fransk for sprogkode = F |

Ved tvangsindløsning er teksten fast i henhold til lovgivningen, og kan kun undtagelsesvis ændres.

**Uddata**
Advisering om ophør med registrering (kontohaver, rettighedshaver) *)

*) Udskrives og afsendes altid af VP

**Ophørsdagen**
Beholdningerne i den berørte ISIN nulstilles. VP udsender ændringsmeddelelse til kontohavere og evt. rettighedshavere.

**Uddata**
Hovedbogsoplysninger (UD)
Ændringsmeddelelser (kontohaver, rettighedshaver) *)
Status på beholdning efter afvikling af en corporate action (KI)
Advisering til KI (KI)
Ejerbogsændringer i forbindelse med afvikling af en corporate action (AB)

*) Udskrives og afsendes altid af VP

**Hvis opgaven indeholder betaling af et kontant vederlag dannes**
Likviditetsmeldinger (PK), (AH)
Posteringsgrundlag (PK), (UD)
Bogføringsposter (BS)

**Hvis der skal tilbageholdes udbytteskat af betalingen dannes**
Afstemning udbytte (UD)
Udbytteoversigt (KI)

**Senest 8 børsdage efter ophøret udsendes til KI:**
- Fordelingsoversigt for beviser med angivelse af berørte kontohavere og evt. rettighedshavere
- Total kontoudskrift pr. VP-konto, der berøres af ophøret
- Beviser til udlevering
- Vejledning i udlevering af beviser. Vejledningen indeholder en kort gennemgang af de procedurer, som skal følges i forbindelse med udleveringen af beviserne.

**Aktier**
For den noterede del af beholdningen udfærdiges et bevis med angivelser af VP-kontonummer og navn på den navnenoterede. For den unoterede del af beholdningen indeholder beviset antal aktier eller evt. retter uden angivelse af navn eller kontonummer pr. ophørsdato.

**Obligationer**
Der udfærdiges særskilte beviser på den udtrukne beholdning respektive på den ikke udtrukne beholdning.



**SYSTEMVEJLEDNING**

---

Kontoudskrift og beviser leveres på papir. Kontoudskriften er alene til KI's brug.

Det er VIGTIGT, at kontoudskrift og bevis/beviser ikke adskilles før udleveringen af beviserne til berettigede modtager.

**Senest 8 børsdage efter materialets modtagelse skal KI foretage følgende:**
- Skriftligt underrette kontohaver og evt. rettighedshavere om fremgangsmåden ved udleveringen af beviserne.
- Forestå udleveringen af de udskrevne beviser i henhold til den af VP udfærdigede vejledning

**Uddata**
Fordelingsliste for beviser(KI) *)
Kontoudskrift og beviser (KI) *)
Udleveringsvejledning (i brevform) (KI) *)

*) Udskrives og afsendes altid af VP

For yderligere beskrivelse se Uddata "Eksempel: Ophør med registrering"

Ophør med registrering uden beviser
Ophør med registrering uden beviser, for eksempel ved solvent likvidation af et selskab, sker som "Nulstilling af beholdning mod eventuel betaling" og med offentliggørelsestype 18 eller 19 (se afsnit Nulstilling af beholdning mod eventuel betaling og afsnit Oversigt over offentliggørelsesinfoer pr. offentliggørelsestype)

**Behandling hos den udstedelsesansvarlig**
Udstedende institut skal indsende blanket "19.H Nulstilling af beholdning". Teksten til ændringsmeddelelsen indsendes på blanket "19.M Tekst til ændringsmeddelelse", som findes i "Blanketter til vejledninger"

**Behandling i VP**
VP gennemfører nulstillingen på kørselsdagen efter daglig opdatering på baggrund af den enkelte VP-konto's beholdning før skift af afviklingsdøgn.

**Uddata**
Hovedbogsoplysninger (UD)
Ændringsmeddelelser (kontohaver, rettighedshaver)
Status på beholdning efter afvikling af en corporate action (KI)
Advisering til KI (KI)
Ejerbogsændringer i forbindelse med afvikling af en corporate action (AB)

**Hvis opgaven indeholder betaling af et kontant vederlag dannes**
Likviditetsmeldinger (PK), (AH)
Posteringsgrundlag (PK), (UD)
Bogføringsposter (BS)

**Hvis der skal tilbageholdes udbytteskat af betalingen dannes**
Afstemning udbytte (UD)
Udbytteoversigt (KI)

For yderligere beskrivelse se Uddata Eksempel: Nulstilling af beholdning mod eventuel betaling



### SYSTEMVEJLEDNING

---

## Dannelse af betalinger

Det er muligt at gennemføre ekstraordinære betalinger, på baggrund af en beholdning, for aktier eller obligationer, f. eks. i forbindelse med konkurser, hvor der skal ske løbende udbetalinger.
Der kan gennemføres betalinger med kode for ad hoc (provenutype 4) eller med kode for udbyttelignende udlodninger (provenutype 5) i den valuta udsteder ønsker anvendt (se afsnit Dannelse af betalingsgrundlag og afsnit Oversigt over offentliggørelsesinfoer pr. offentliggørelsestype).

#### Behandling hos den udstedelsesansvarlig
Udstedende institut skal indsende blanket "19.J Betalingsformidling på grundlag af eksisterende ISIN"
Teksten til ændringsmeddelelsen indsendes på blanket "19.M Tekst til ændringsmeddelelse", som findes i "Blanketter til vejledninger"

#### Behandling i VP
VP gennemfører dannelse af betalingsgrundlag på kørselsdagen efter daglig opdatering på baggrund af den enkelte VP-konto's beholdning før skift af afviklingsdøgn.

#### Uddata
Ændringsmeddelelser (kontohaver, rettighedshaver)
Likviditetsmeldinger (PK), (AH)
Posteringsgrundlag (PK), (UD)
Bogføringsposter (BS)

#### Hvis der skal tilbageholdes udbytteskat af betalingen dannes
Afstemning udbytte (UD)
Udbytteoversigt (KI)

For yderligere beskrivelse se Uddata Eksempel: Dannelse af betalingsgrundlag

## Behandling af betalinger fra corporate actions

### Likviditetsstyring
#### Formål
At danne dokumentation af likviditetsvirkning af en corporate action til pengekontoførende institutter.

#### Behandling i VP
Infoen dannes umiddelbart før betalingsformidlingsgrundlaget dannes.

Der kan forekomme betalinger i nedenstående prædefinerede typer af corporate actions, enten i form af et kontant vederlag, eller som kontant betaling af spidser:

#### Ombytning af beholdninger
Opsplitning af beholdninger
Tildeling af beholdninger
Ændring af aktiekapital
Nulstilling af beholdning mod eventuel betaling
Dannelse af betalingsgrundlag
Ombytning af beholdning med kontant vederlag pr. aktie
Ophør med registrering
Beregning af udbytte på tidligere gemt beholdning
Ekstraordinær obligationsindfrielse (CA) via ny ISIN

#### Uddata
Nettopåvirkning i likviditet pr. dispositionsdag (PK), (AH)



SYSTEMVEJLEDNING

---

## Betalingsformidling

### Formål
At formidle betaling mellem en deltager og den efter registeret berettigede.

### Behandling i VP
Hvis en betaling fra en corporate action skal reguleres med tilbageholdt udbytteskat, beregnes og fratrækkes udbytteskat efter gældende regler og dobbeltbeskatningsaftaler. Betalingerne vil ske med kode for udbyttelignende udlodning (provenutype 5). Øvrige betalinger sker med kode for ad hoc (provenutype 4).

Betalingsformidlingsgrundlaget til pengekontoførende institut dannes på baggrund af

- de resterende spidser/delbeviser
- det kontante vederlag der skal erlægges pr. ISIN

Betalingsformidlingen sker

- fra det pengekontonummer, som selskabs udstedende institut har opgivet over for VP.
- til den efter registeret berettigede pengekonto. For betalinger med kode for ad hoc sker betalinger til konto for udtrækning, mens betalinger med kode for udbyttelignende udlodninger sker til konto for udbytte.

Betalinger fra corporate actions i valuta omregnes til danske kroner. Ved omregning benytter VP den markedskurs, som Danmarks Nationalbank har offentliggjort to bankdage før dispositionsdagen. Markedskursen reduceres med et standardfradrag pr. valuta. Fradraget fastsættes og meddeles VP af pengekontoførerne via deres sektororganisation. Pengekontofører har alternativt mulighed for at registrere det fradrag pr. valuta, der skal gælde for alle beløb, der tilgår pengekontoførerens pengekonti.

Afviklingsdøgnets slutning



1 = Betalingsformidlingsgrundlaget dannes
2 = Pengekontrol i blok 35 (DKK)
3 = Pengekontrol i blok 45 (EUR)
4 = Pengekontrol i blok 55 (SEK)
5 = Pengekontrol i blok 65 (ISL)

På dispositionsdagen foretages der pengekontrol. I pengekontrollen sker der fælles dækningskontrol af samtlige periodiske betalinger (rente, udtrukne andele, udbytte og corporate actions).

Betalinger i DKK behandles i blok 35, betalinger i EUR behandles i blok 45, betalinger i SEK behandles i blok 55 og betalinger i ISK behandles i blok 65.

I pengekontrollen kontrolleres det,



### SYSTEMVEJLEDNING

at de samlede betalinger (netto) på den angivne pengekonto i Danmarks Nationalbank eller i Den Europæiske Centralbank (EUR) ikke overstiger det trækningsmaksimum, der er stillet til rådighed for periodiske betalinger.

at hvis primær betalingsstiller tillige har stillet et trækningsmaksimum til rådighed for et udstedende institut kontrolleres, at primær betalingsstillers egne betalinger (netto) og udstederens betalinger (netto) ikke overstiger det samlede trækningsmaksimum, der er stillet til rådighed på den angivne pengekonto i Danmarks Nationalbank eller i Den Europæiske Centralbank (EUR).

Betalingerne bliver gennemført, hvis der er dækning for samtlige betalinger. Såfremt der ikke er dækning, gennemføres den pågældende corporate actions ikke.

### Behandling hos primær betalingsstiller

For at en corporate action i DKK kan gennemføres, skal primær betalingsstiller senest på dispositionsdagen (se Danmarks Nationalbanks tidsfrist for indbetaling til blok 35) have stillet et periodisk specifikt trækningsmaksimum i DKK til rådighed for det udstedende institut svarende til de periodiske betalinger.

For at en corporate action i EUR kan gennemføres, skal primær betalingsstiller senest på dispositionsdagen (se Danmarks Nationalbanks tidsfrist for indbetaling til blok 45) have stillet et periodisk specifikt trækningsmaksimum i EUR til rådighed for det udstedende institut svarende til de periodiske betalinger.

For at en corporate action i SEK kan gennemføres, skal primær betalingsstiller senest på dispositionsdagen (se Danmarks Nationalbanks tidsfrist for indbetaling til blok 55) have stillet et periodisk specifikt trækningsmaksimum i SEK til rådighed for det udstedende institut svarende til de periodiske betalinger.

For at en corporate action i ISK kan gennemføres, skal primær betalingsstiller senest på dispositionsdagen (se Danmarks Nationalbanks tidsfrist for indbetaling til blok 65) have stillet et periodisk specifikt trækningsmaksimum i ISK til rådighed for det udstedende institut svarende til de periodiske betalinger.

De samlede betalinger posteres på berettigede pengekontoførers afkast/afregningskonti. Primær betalingsstiller kan yderligere modtage betalinger på vegne af pengekontofører.

Provenuet posteres på de berettigedes pengekonti for udtrækning/udbytte ud fra bogføringsgrundlaget fra betalingsformidlingen.

### Uddata

Posteringsgrundlag pr. værdipapirkonto pr. pengekonto pr. handelsprodukt (PK)
Posteringsgrundlag pr. debetkonto (PK)
Posteringsgrundlag pr. afkast / afregningskonto(PK)
Afstemningsoplysninger, periodiske betalinger (UD)

### Efter pengekontrollen dannes

Bogføringsposter fra en afviklingskørsel – kopi (BS)
Omregnede rentebeløb og bruttoudbytte til basisvaluta (KI ), (PK)

### Procedure for tilbagekaldelse af corporate actions

Der er ikke udviklet funktionalitet til tilbagekaldelse af corporate actions, efter at betalingsformidlingsgrundlaget er dannet. Skulle en sådan situation indtræffe, vil den blive behandlet individuelt.



SYSTEMVEJLEDNING

---

Betalingen er uigenkaldelig over for investorerne, når pengekontrollen er kørt.

## Rekvisition af ny ejerbog

Ved rekvisition af ny ejerbog dannes en total ejerbog, som angiver alle navnenoterede beholdninger for en given ISIN. Navnenoteringsdatoen er ikke oplyst i ejerbogen.

### Behandling hos centraldeltager
Til rekvisition af ny ejerbog benyttes blanketten "12.N Rekvisition af total ejerbog", som findes i "Blanketter til vejledninger"

Blanketten skal være VP i hænde senest dagen før kørselsdagen.

### Behandling i VP
Ny ejerbog dannes efter daglig opdatering.

Ejerbogen faktureres i henhold til VP's prisliste.

### Uddata
| | |
|---|---|
| TI20296v | Total ejerbog - navne- og adresseoplysninger |
| TI20297v | Total ejerbog - beholdningsoplysninger |
| TI20307v | Ejerbogsførers navn og adresse |

## Skift af ISIN

Når afvigende betingelser for en midlertidig ISIN (tegnings ISIN) ophører, overføres beholdningerne fra den midlertidige ISIN til den fortsættende ISIN. (se afsnit Skift af ISIN og afsnit Oversigt over offentliggørelsesinfoer pr. offentliggørelsestype)
Skift af ISIN kan rent teknisk foretages på en hvilken som helst børsdag. Hvis der ikke er afvigende betingelser på 2 ISINs, kan de sammenlægges, når godkendelse fra Erhvervs- og Selskabsstyrelsen foreligger.

### Behandling hos udstedelsesansvarlige
Udstedende institut skal indsende blanket "19.O Skift af ISIN", som findes i "Blanketter til vejledninger"
For børsnoterede selskaber skal den udstedelsesansvarlige aftale med NASDAQ OMX, hvornår skift af ISIN skal foretages. For unoterede VP-registrerede ISINs aftales skift af ISIN med VP's Clearing & Custody Services.

### Behandling i VP
VP gennemfører skift af ISIN på kørselsdagen efter daglig opdatering på baggrund af den enkelte VP-konto's beholdning før skift af afviklingsdøgn.

På dagen for skift af ISIN er kørselsrækkefølgen:
- evt. udbytteberegning i den fortsættende ISIN
- evt. udbytteberegning i den midlertidige ISIN
- overførsel af beholdninger i den midlertidige ISIN til beholdninger i den fortsættende ISIN
- uafviklede preadvice i den ophørende ISIN vil blive ændret til den fortsættende ISIN. Tidligste afvikling for handler i den fortsættende ISIN er i afviklingsblok 20 på skiftedagen, da de involverede ISINs vil være udelukket fra afvikling i blok 10.

Handler skal altid - uanset om afviklingsdagen er før eller efter dagen for skift af ISIN, indrapporteres i den ISIN, der er registreret på indrapporteringstidspunktet.



SYSTEMVEJLEDNING

---

**Uddata**
Hovedbogsoplysninger (UD)
Ændringsmeddelelser (kontohaver *), rettighedshaver **))
Status på beholdning efter afvikling af en corporate action (KI)
Advisering til KI (KI)
Ejerbogsændringer i forbindelse med afvikling af en corporate action (AB)
Skift af ISIN på preadvice - tegning (FH), (KI), (PK), (ST)

*) Kontohaver bliver adviseret om skift af ISIN på ændringsmeddelelsen, der udskrives i forbindelse med tegning af de nye aktier. Denne meddelelse skal indeholde oplysning om, at der ikke udsendes yderligere meddelelse i forbindelse med skift af ISIN.
Hvis beholdningen i de midlertidige aktier suppleres, udsendes der ikke yderligere meddelelse om skift af ISIN.
Såfremt den midlertidige ISIN købes i perioden frem til tidspunktet for skift af ISIN uden forudgående beholdning, dannes "Meddelelse om skift af ISIN" til kontohaver
**) Udskrives altid til rettighedshaver

For yderligere beskrivelse se Uddata Eksempel: Skift af ISIN

## Beregnings af udbytte på tidligere gemt beholdning

Udbetaling af udbytte på udenlandske aktier registreret i VP sker gennem VP-systemet. Beregning og betaling finder sted på grundlag af de registrerede beholdninger der er gemt på snapshot-kørselsdagen. VP tilbageholder for samtlige VP-konti udenlandsk udbytteskat efter selskabets hjemlands gældende satser eller en reduceret sats, som følge af indgået dobbeltbeskatningsaftale, idet der tages højde for aftalehavers/kontohavers tilmelding til dobbeltbeskatningsordning.

**Behandling hos den udstedelsesansvarlig**
Udstedende institut skal indsende blanket se Systemvejledning "19.P Beregning af udbytte på tidligere gemt beholdning", som findes i "Blanketter til vejledninger".

**Behandling i VP**
Kørsel 1. VP tager kopi på snapshotkørselsdagen efter daglig opdatering på baggrund af den enkelte VP-konto's beholdning før skift af afviklingsdøgn.

Kørsel 2. VP beregner udbytte på de fra kørsel 1 gemte beholdninger.
Danner info
TI20056v Beholdning der gemmes til behandling på et senere tidspunkt.

**Uddata**
Fra kørsel 1:
Snapshot af beholdning (KI)

Fra kørsel 2:
Afstemning udbytte - total udenlandsk ved beregning (UD)
Udbyttemeddelelse - betalingsoplysninger (kontohaver, rettighedshaver)
Udbytteoversigt – betalingsformidling (KI)

 **SYSTEMVEJLEDNING**

## Ekstraordinær obligationsindfrielse (CA) via ny ISIN

Ekstraordinær indfrielse af obligationer uden for de sædvanlige rente- og afdragsterminer håndteres via ombytning af en procentvis andel af hver obligationsbeholdning til en ny obligations ISIN. Den nye ISIN bliver indfriet umiddelbart efter tildeling (1:1) på særlige vilkår.

Hvis der af obligationsbetingelserne fremgår, at låntager/udsteder kan konvertere afdrag eller afdrag/rente til aktier eller andet værdipapir, understøtter VP denne mulighed – med betalingsformidling af eventuel spids samt rente.

Det er en forudsætning for anvendelsen af denne CA opgavetype, at obligationen før kørsel har (eller omregistreres til) en mindste registreringsstørrelse på 0,01, og at afdrag og rente samt en eventuel konverteringspris pr. styk indberettes i samme mønt sort. Endelig skal der til udstederen registreres en konto (type 18), hvorfra det kontante CA- provenu kan hæves.

Idet obligationsindfrielsen bliver gennemført via ny ISIN, bliver vedhængende renter beregnet og skatteindberettet ud fra oplysningerne registreret på den nye ISIN.

For obligationsindfrielser uden konvertering, vil rente blive betalingsformidlet til VP-kontoens "PI-kontonr til rente", mens indfrielsesbeløb bliver betalingsformidlet til VP-kontoens "PI-kontonr til udtræk".

For obligationsindfrielser, hvor et indfrielsesprovenu samt et eventuelt renteprovenu danner grundlag for konvertering, vil de beregnede bruttoprovenu blive meddelt med status 19 - Provenu IKKE udbetalt, men anvendt som grundlag for konvertering.

Ved konvertering af indfrielsesprovenu samt rente vil eventuel spids blive betalingsformidlet som AD-Hoc betaling til "PI-kontonr til rente". Betalingsformidling af spids sker til "PI-kontonr til udtræk", hvis alene indfrielsesprovenu konverteres, idet rentebetalingen da indgår på "Pi-kontonr til rente".

### Behandling hos den udstedelsesansvarlige
Den udstedelsesansvarlige skal senest kl. 10.00 på 2. bankdag før forfaldsdagen indsende blanket "19.Q Ekstraordinær obligationsindfrielse (CA) via ny ISIN", som findes i "Blanketter til vejledninger" - om den forestående indfrielse. På blanketten angiver den udstedelsesansvarlige blandt andet indfrielsesprocent, indfrielseskurs, rentesats og antallet af rentedage, der skal anvendes ved beregning af vedhængende rente. Skal der ske konvertering til aktier, angives tillige den faktiske konverteringspris (pris pr. styk aktie).

Sammen med blanketten skal den udstedelsesansvarlige levere en tekst (gerne både dansk og engelsk) til ændringsmeddelelsen, som på max. 10 linjer fortæller årsagen til indfrielsen. Dertil anvendes blanket se "19.M Tekst til ændringsmeddelelse", som findes i "Blanketter til vejledninger". VP afslutter det skrevne med en tekst om det praktisk forløb af indfrielsen.

### Behandling i VP
VP Clearing & Custody Services registrerer efter anmodning fra og på den udstedelsesansvarliges vegne en ny og særlig ISIN til udstederen, og etablerer samtidig den CA - kørsel, der ved døgnskifte til forfaldsdagen ombytter en procentuel andel af "moder" beholdningerne til ny ISIN, som umiddelbart efter tildeling bliver indfriet i overensstemmelse med de registrerede rente- og indfrielsesoplysninger for den nye ISIN.

Indfrielsesprovenuet kan enten udbetales kontant på sædvanlig måde, eller udsteder kan i obligationsvilkårene have adgang til at konvertere provenuet (med eller uden rente) til aktier efter den indlagte konverteringskurs (pris pr. aktie).

### Uddata
Hovedbogsoplysninger (UD)
Ændringsmeddelelser (kontohaver, rettighedshaver)

SYSTEMVEJLEDNING

---

Status på beholdning efter afvikling af en corporate action (KI)
Advisering til KI (KI)

Hvis opgaven indeholder betaling af spidser og/eller et kontant vederlag dannes
Likviditetsmeldinger (PK), (AH)
Posteringsgrundlag (PK), (UD)
Bogføringsposter (BS)

## Konvertering af ordinært renteprovenu til nye aktier

Hvis der af obligationsbetingelserne fremgår, at låntager/udsteder helt eller delvist kan konvertere et ordinært renteprovenu til tegning af nye aktier, understøtter VP denne mulighed.

Det er en forudsætning for anvendelsen af denne CA opgavetype, at renteprovenu samt tegningspris pr. styk ny aktie indberettes i samme mønt sort. Endelig skal der til udstederen være registreret en konto (type 18), hvorfra et CA- provenu kan hæves til dækning af "spidser".

Ud fra konverteringsprocenten beregner VP to beløb pr. VP-konto:
- den del af rentebeløbet pr. VP-konto, der ved konverteringsprocenten skal anvendes til tegning af nye aktier. Det beregnede beløb konverteres til max. antal nytegnede aktier på grundlag af den angivne pris pr. ny aktie, og en eventuel "spids" af beløbet efter aktietegningen bliver indsat på VP-kontoens "PI-kontonr. til udtræk".
- den del af rentebeløbet pr. VP-konto, der ikke konverteres, men udbetales og bliver indsat på VP-kontoens "PI-kontonr. til rente".

### Behandling hos den udstedelsesansvarlige
Den udstedelsesansvarlige skal senest kl. 10.00 på 2. bankdag før renteforfaldsdagen indsende blanket se "19.R Konvertering af ordinært renteprovenu til nye aktier", som findes i "Blanketter til vejledninger".

På blanketten angiver den udstedelsesansvarlige blandt andet den procentandel af renten, der skal konverteres (over 0% og til og med 100%) samt den tegningspris pr. styk ny aktie, der lægges til grund for tegningen/tildelingen.

Sammen med blanketten skal den udstedelsesansvarlige levere en tekst (gerne både dansk og engelsk) til ændringsmeddelelsen, som på max. 10 linjer fortæller årsagen til konverteringen. Dertil anvendes blanket se "19.M Tekst til ændringsmeddelelse", som findes i "Blanketter til vejledninger". VP afslutter det skrevne med en tekst om det praktiske forløb af konverteringen.

### Behandling i VP
VP Clearing & Custody Services etablerer den CA - kørsel, der ved døgnskifte til renteforfaldsdagen tildeler de tegnede nye aktier til de berettigede.

### Uddata
Hovedbogsoplysninger (UD)
Ændringsmeddelelser (kontohaver, rettighedshaver)
Status på beholdning efter afvikling af en corporate action (KI)
Advisering til KI (KI)

Hvis opgaven indeholder betaling af spidser dannes
Likviditetsmeldinger (PK), (AH)
Posteringsgrundlag (PK), (UD)
Bogføringsposter (BS)



**SYSTEMVEJLEDNING**

## Ændring til eller fra Non par value

VP giver mulighed for at kapitalselskaber (aktieselskaber) kan udstede kapitalandele (aktier) i VP uden pålydende værdi (såkaldt Non-par-value aktier). Selskabslovgivningen har gjort det muligt for selskaber at udstede kapital i form af "Non-par-value" aktier.

Løsningen i VP består af en registrering i et felt i VP Fondsregister at udstedelsen er en "Non-par-value" udstedelse.

Stykstørrelsen som på andre papirer altid skal være større end 0,00 vil i forbindelse med "Non-par-value" udstedelser blive sat til 0,00.

Der findes 2 Corporate Action-hændelser som kan benyttes i forbindelse med eventuel omlægning fra en udstedelse med stykstørrelse (par-value) til en "Non-par-value" eller omvendt.

For papirer med Non-par-value vil investormeddelelser udsendt af VP blive redigeret til at vise "blank" i stedet for tallet "0,00" i nominel værdi.

### Behandling hos den udstedelsesansvarlige
Udstedende institut skal indsende blanket "19.T Ændring til/fra Non par value" og teksten til ændringsmeddelelsen, se blanket "19.M Tekst til ændringsmeddelelse". som findes i "Blanketter til vejledninger"

### Behandling i VP
VP gennemfører ændring af stykstørrelse på kørselsdagen efter daglig opdatering på baggrund af den enkelte VP-konto's beholdning før skift af afviklingsdøgn.

### Uddata
Offentliggørelse af corpporate actions -Papiroplysninger (DC)
Offentliggørelse af corporate actions - Ændring af papir til eller fra non-par-value (DC)
Ændringsmeddelelser (kontohaver, rettighedshaver)

For yderligere beskrivelse se Uddata "Eksempel: Ændring til/fra Non par value



SYSTEMVEJLEDNING

## Kapitaludlodning

VP giver mulighed for efter den 1. januar 2012 at foretage kapitaludlodning på et hvilket som helst registreret fondsaktiv. Udstedelsesansvarlig skal ved oprettelse af CA opgaven angive, om kapitaludlodning skal gennemføres på grundlag af beholdninger pr. kørselsdagen eller på grundlag af tidligere gemte beholdninger fra en dag, hvor der er kørt et "snapshot" af de berettigede.

Kapitaludlodning må alene anvendes til de særlige situationer, hvor betalingen IKKE kan rubriceres som hverken rente, afdrag, udbytte eller udbyttelignende. Rente + avance må eksempelvis ikke behandles i samme procentsats, da indberetningen vil ske som rente og dermed vil være forkert. Fremover skal de adskilles, således at rente behandles for sig på normal vis, mens avance udbetales via denne nye kapitaludlodnings funktion.

En ikke udtømmende liste, hvor kapitaludlodning kunne overvejes, omfatter:
- udbetaling af kompensation for manglende tildeling af fondsaktier/-andele
- løbende udbetaling af optjent overkurs på obligationer med særlige indfrielsesvilkår
- udbetaling af tillægsafkast på obligationer som kompensation for indtrufne hændelser (kendt fra visse bankpakke-obligationer som "variabel dividend")

Der bliver ved kapitaludlodning IKKE tilbageholdt nogen form for kildeskat.

Kapitaludlodning på investeringsbeviser skal skatteindberettes som kapitalindkomst for personer hhv. selskabsindkomst for selskaber. Kapitaludlodning på andre værdipapirtyper er foreløbig ikke skattemæssigt afklaret. Indtil VP opnår hjemmel til at foretage skatteindberetning af kapitaludlodninger, vil VP opbevare oplysninger om udbetalte beløb til hjælp til KI til en sådan (eventuel) senere indberetning.

Meddelelsen til investorer skal indeholde oplysninger om, hvorfor der sker kapitaludlodning, hvordan den gennemføres i VP, og hvad det betyder for investor, herunder også skattemæssigt.

Meddelelsen kan højst fylde 50 linier á 72 tegn og udarbejdes af udsteder i samråd med udstedendelsesansvarlig.

Teksten skal leveres på dansk og kan desuden leveres på engelsk, tysk og fransk, hvorefter udskrivning på disse sprog vil finde sted ud fra den registrerede sprogkode på VP-kontoen efter følgende retningslinier:

| Tekst leveret på dansk | udskrives på dansk uanset sprogkode |
|---|---|
| Tekst leveret på dansk og engelsk | udskrives på dansk for sprogkode = D udskrives på engelsk for sprogkode = E, F og T |
| Tekst leveret på dansk og tysk | udskrives på dansk for sprogkode = D, E og F udskrives på tysk for sprogkode = T |
| Tekst leveret på dansk og fransk | udskrives på dansk for sprogkode = D, E og T udskrives på fransk for sprogkode = F |

**Behandling hos den udstedelsesansvarlige**
Udsteder/udstedelsesansvarlig rekvirerer kørslen ved at indsende blanket "19.U. Kapitaludlodning" med tilhørende tekst/er til ændringsmeddelelsen på blanket "19.M Tekst til ændringsmeddelelse". Begge findes i "Blanketter til vejledninger"
Der skal til udstederen være registreret en konto (type 18), hvorfra det kontante CA- provenu kan hæves.



S Y S T E M V E J L E D N I N G

**Behandling i VP**
VP gennemfører kapitaludlodningen på kørselsdagen efter daglig opdatering på baggrund af den enkelte VP-konto's beholdning før skift af afviklingsdøgn (ved CA-type 42) eller på baggrund af en tidligere gemt beholdning fra et tidligere taget "snapshot" (ved CA-type 43).

**Uddata**
Offentliggørelse af corporate actions - Papiroplysninger (DC)
Offentliggørelse af corporate actions - Beregningsoplysninger (DC)
Beholdning der gemmes til behandling på et senere tidspunkt - ved CA-type 43 (KI)
Meddelelser om betalingsformidling - (kontohaver, rettighedshaver)
Advisering til kontofører – provenuoplysninger uden skat/afgifter (KI)
Afstemningsoplysninger, periodiske betalinger (UD)

For yderligere beskrivelse se Uddata "Eksempel: Kapitaludlodning / Kapitaludlodning på tidligere gemt beholdning (snapshot)

SYSTEMVEJLEDNING

## Prædefinerede corporate actions

### Ombytning af beholdning

På baggrund af et forholdstal ombyttes beholdninger i én eller flere ophørende ISINs til beholdninger i en fortsættende ISIN.
Eventuelle rester udlægges i en spids-ISIN til efterfølgende bundtning eller betalingsformidles til investorerne i den valuta, udsteder ønsker anvendt.
Beholdninger i den/de ophørende ISINs nulstilles.

Kan eksempelvis anvendes til nedsættelse af aktiestørrelse, fusion med og uden efterfølgende betaling af spids eller sammenlægning af fondskoder.

Ombytning af beholdning består af følgende handlinger:

a. Ombyt beholdning
b. Bundtning

### Opsplitning af beholdning

På baggrund af et forholdstal opsplittes beholdninger i én ISIN ud i minimum 2 fortsættende ISINs.
Eventuelle rester betalingsformidles til investorerne i den valuta, udsteder ønsker anvendt.
Beholdninger i den ophørende ISIN nulstilles.

Kan eksempelvis anvendes til spaltning af eksisterende investeringsforeningsafdelinger til 2 nye afdelinger.

Opsplitning af beholdning består af følgende handlinger:

d. Tildel beholdning
c. Nedskriv beholdning

### Tildeling af beholdning

På baggrund af beholdninger i én eller flere eksisterende ISINs og et forholdstal tildeles beholdninger i en ny/eksisterende ISIN.
Eventuelle rester udlægges i en spids-ISIN til efterfølgende bundtning eller betalingsformidles til investorerne i den valuta, udsteder ønsker anvendt.

Kan eksempelvis anvendes til tildeling af fondsaktier/andele fra et eksisterende selskab.

Tildeling af beholdning består af følgende handlinger:

d. Tildel beholdning
b. Bundtning

### Ændring af aktiekapital

Ændrer værdien af aktiekapitalen i en given ISIN ved ændring af stykstørrelsen og eventuelt udstedelsesvalutaen.
Hvis der i forbindelse med ændring af aktiekapitalen skal ske udbetaling til investorerne, dannes grundlag for betalingsformidling i den valuta, udsteder ønsker anvendt.



### SYSTEMVEJLEDNING

---

Anvendes til at ændre et selskabs kapital.

Ændring af aktiekapital består af følgende handlinger:

f. Dan betalingsgrundlag
e. Ændre aktiekapital

## Nulstilling af beholdning mod eventuel betaling

På baggrund af beholdninger i én eller flere ISINs samt pris/kurs, dannes grundlag for betaling til investorerne i den valuta, udsteder ønsker anvendt.
Beholdninger i den/de ophørende ISINs nulstilles.

Kan eksempelvis anvendes til solvent likvidation af et selskab.

Nulstilling af beholdning mod eventuel betaling består af følgende handlinger:

f. Dan betalingsgrundlag
c. Nedskriv beholdning

## Dannelse af betalingsgrundlag

Danner betalingsgrundlag på baggrund af en beholdning i en given ISIN samt pris/kurs til efterfølgende betalingsformidling til investorer i den valuta, udsteder ønsker anvendt.

Dannelse af betalingsgrundlag består af følgende handlinger:

f. Dan betalingsgrundlag

## Ombytning af beholdning med kontant vederlag pr. aktie

På baggrund af et forholdstal ombyttes beholdninger i én eller flere ophørende ISINs til beholdninger i en fortsættende. Endvidere dannes grundlag for betaling til investorerne af et kontant vederlag pr. aktie. Eventuelle rester udlægges i en spids-ISIN til efterfølgende bundtning eller betalingsformidles til investorerne. Betaling til investorerne sker i den valuta, udsteder ønsker anvendt.

Kan eksempelvis anvendes til fusion, sammenlægning af fondskoder med kontant vederlag pr. ophørende aktie.

Ombytning af beholdning med kontant vederlag pr. aktie består af følgende handlinger:

f. Dan betalingsgrundlag

a. Ombyt beholdning
b. Bundtning

## Selvstændig investormeddelelse

På baggrund af en beholdning i en given ISIN eller for alle ISINs under et selskab dannes meddelelse til investorer, eventuelle rettighedshavere og de kontoførende institutter. Meddelelsen vil alene indeholde en af udsteder udarbejdet tekst.

Selvstændig investormeddelelse, der p.t. kun benyttes af VP - består af følgende handlinger:

g. Selvstændig investormeddelelse

SYSTEMVEJLEDNING

---

## Ophør med registrering

På baggrund af beholdninger i én eller flere ISINs eller for et helt selskab dannes advisering til investorer og eventuelle rettighedshavere senest 4 uger før ophøret.
Hvis der samtidig med ophøret skal betales et kontant beløb, dannes grundlag til efterfølgende betalingsformidling i den valuta, udsteder ønsker anvendt.
Nedskriver beholdninger på VP-konti i den/de ophørende ISINs.
Der dannes kontoudskrifter og beviser på ophørende ISINs til udlevering via de kontoførende institutter.

Kan eksempelvis anvendes til ophør efter Selskabslovens § 70.

Ophør med registrering består af følgende handlinger:

g. Selvstændig investormeddelelse
h. Ophør med registrering

## Spaltning af beholdning på baggrund af investorønsker

På baggrund af registrerede investorønsker ombyttes beholdninger i én eller flere ophørende ISINs til beholdninger i en fortsættende ISIN under hensyntagen til ombytningsforholdet.

Kan eksempelvis anvendes til spaltning af investeringsforeninger til PAL-afdelinger.

Spaltning af beholdning på baggrund af investorønsker består af følgende handlinger:

i. Ombyt beholdning på baggrund af investorønsker

## Skift af ISIN

Ved ophør af afvigende betingelser i en eller flere midlertidige ISINs, og/eller ved registrering af kapitalforhøjelse i Erhvervs- og Selskabsstyrelsen, ombyttes beholdninger i den/de ophørende ISINs til beholdninger i den fortsættende ISIN. Ombytningen sker altid i forholdet 1:1.

Kan eksempelvis anvendes til skift af midlertidig ISIN til generel ISIN.

Skift af ISIN består af følgende handlinger:

j. Skift af ISIN

## Beregning af udbytte eller kapitaludlodning på tidligere gemt beholdning

På baggrund af beholdninger i en ISIN tages et snapshot. Efterfølgende beregnes udbytte eller kapitaludlodning til betalingsformidling til investorer i den valuta, udsteder ønsker anvendt. For udbytte tilbageholdes skat efter gældende regler, ligesom der tages højde for eventuelle dobbeltbeskatningsregler.

Beregning af udbytte eller kapitaludlodning på baggrund af en tidligere gemt beholdning består af følgende handlinger:

k. Dan 'snapshot' grundlag til efterfølgende anvendelse
l. Beregn udbytte eller kapitaludlodning på 'snapshot'

## Ekstraordinær obligationsindfrielse (CA) via ny ISIN

Ekstraordinær indfrielse af obligationer uden for de sædvanlige rente- og afdragsterminer håndteres via ombytning af en procentvis andel af hver obligationsbeholdning til en ny obligations ISIN. Den nye ISIN bliver indfriet umiddelbart efter tildeling (1:1) på særlige vilkår, som er registreret for denne ISIN.



SYSTEMVEJLEDNING

Hvis der af obligationsbetingelserne fremgår, at låntager/udsteder kan konvertere indfrielsesprovenu eller indfrielsesprovenu/rente til aktier eller andet værdipapir, understøtter VP denne mulighed - med betalingsformidling af eventuelle spidser.

Ekstraordinær obligationsindfrielse via ny ISIN består af følgende handlinger
- Ekstraordinær obligationsindfrielse
- Selvstændig investormeddelelse

m. Ekstraordinær obligationsindfrielse (CA) via ny ISIN


### Konvertering af ordinært renteprovenu til nye aktier

Hele eller en procentvis andel af det beregnede, ordinære rentebeløb konverteres til nye aktier. Prisen pr. ny aktie fastsættes af udsteder. En eventuel spids samt den ikke konverterede qndel af rentebeløbet bliver betalingsformidlet.

Efter gennemførelsen udsendes ændringsmeddelelse med udsteders tekst om årsagen til konvertering og med en tekst fra VP om fremgangsmåden ved den skete konvertering.


## Handlinger der anvendes i de prædefinerede corporate actions


### a. Ombyt beholdning
Ombytter på baggrund af et forhold alle beholdninger i en given ISIN til beholdninger i en fortsættende/nyoprettet ISIN. Ombytningsforholdet kan enten være et heltal eller en kurs beregnet på baggrund af indre værdier.
Eventuelle rester udlægges i en spids-ISIN (delbevis), eller der dannes grundlag for en efterfølgende betaling i den valuta, udsteder ønsker anvendt.
Hvis en betaling fra en corporate action skal reguleres med tilbageholdt udbytteskat, beregnes og fratrækkes udbytteskat efter gældende regler og dobbeltbeskatningsaftaler.

### b. Bundtning
Ombytter alle beholdninger i en spids-ISIN til beholdninger i den fortsættende ISIN i et givet forhold. Eventuelle rester på investorernes VP-konti, der ikke kan ombyttes, overføres til Garantistillers VP-konto mod betaling til investorerne i den valuta, udsteder ønsker anvendt. De opsummerede rester på Garantistillers VP-konto ombyttes til beholdninger i den fortsættende ISIN ud fra det givne ombytningsforhold.
Hvis en betaling fra en corporate action skal reguleres med tilbageholdt udbytteskat, beregnes og fratrækkes udbytteskat efter gældende regler og dobbeltbeskatningsaftaler.

### c. Nedskriv beholdning til nul
Nedskriver alle beholdninger i en given ISIN til nul.

### d. Tildel beholdning
På baggrund af en beholdning i en eksisterende ISIN og et givet forhold, som enten kan være et heltal eller en kurs beregnet på baggrund af indre værdier, tildeles en beholdning i den givne ISIN. Tildeling kan ske i en nyoprettet ISIN eller som tilgang til en eksisterende ISIN.
En eventuel rest udlægges enten i en spids-ISIN, eller der dannes grundlag for efterfølgende betaling til investorerne i den valuta, udsteder ønsker anvendt.
Hvis en betaling fra en corporate action skal reguleres med tilbageholdt udbytteskat, beregnes og fratrækkes udbytteskat efter gældende regler og dobbeltbeskatningsaftaler.

SYSTEMVEJLEDNING

---

**e. Ændre aktiekapital**
Ændrer aktiekapitalen i en given ISIN ved ændring af stykstørrelsen og eventuelt udstedelsesvalutaen.

**f. Dan betalingsgrundlag**
Danner betalingsgrundlag på baggrund af en beholdning i given ISIN samt pris/kurs til efterfølgende betalingsformidling til investorer i den valuta, udsteder ønsker anvendt.
Hvis betalingen skal reguleres med tilbageholdt udbytteskat, beregnes og fratrækkes udbytteskat efter gældende regler og dobbeltbeskatningsaftaler.

**g. Selvstændig investormeddelelse**
På baggrund af en beholdning i given ISIN eller for alle ISINs under et selskab dannes meddelelse til investorer og eventuelle rettighedshavere. Meddelelsen vil alene indeholde en af udsteder udarbejdet tekst.
Teksten kan af udsteder leveres på dansk, engelsk, tysk og/eller fransk. Er teksten kun leveret på ét sprog, udskrives meddelelsen automatisk på dette sprog.

Denne handling kan p.t. kun benyttes af VP og anvendes til at informere kontohaver og eventuelle rettighedshavere om ophør med registrering i VP senest 4 uger, før ophøret gennemføres.

**h. Ophør med registrering**
Danner grundlag for efterfølgende udskrivning af kontoudskrifter og særskilte beviser for ophørende ISIN til udlevering til investorerne via kontoførende institut.
Hvis der samtidig med ophøret skal betales et kontant beløb, dannes grundlag til efterfølgende betalingsformidling i den valuta udsteder ønsker anvendt.
Der dannes kontoudskrifter inkl. oplysninger om fuldmagter og rettighedshavere på samtlige beholdninger på VP-kontoen.
På obligationer, der ophører, dannes særskilte beviser på den udtrukne beholdning respektive på den ikke udtrukne beholdning.
På aktier, der ophører, dannes særskilte beviser på den navnenoterede beholdning respektive på den ikke navnenoterede beholdning.
Nulstiller beholdninger på VP-konti i den/de ophørende ISINs.
Hvis en betaling fra en corporate action skal reguleres med tilbageholdt udbytteskat, beregnes og fratrækkes udbytteskat efter gældende regler og dobbeltbeskatningsaftaler.

**i. Ombyt beholdning på baggrund af investorønsker**
Ombytter beholdninger på baggrund af registrerede investorønsker fra én eller flere ophørende til en fortsættende ISIN under hensyntagen til ombytningstallet.

**j. Skift af ISIN**
Ombytter beholdninger i en ophørende ISIN til beholdninger i den fortsættende ISIN i forholdet 1:1
Ændrer til den fortsættende ISIN på uafviklede preadvice i den ophørende ISIN.

**k. Dan 'snapshot' grundlag til efterfølgende anvendelse i en CA-kørsel**
Danner grundlag 'snapshot' af en beholdning på VP-konti i en given ISIN til efterfølgende anvendelse i en Corporate Action kørsel – eksempelvis en udbytteberegning eller kapitaludlodning.
Snapshot-datoen bliver derved 'Record-date' i den pågældende Corporate Action.

**l. Beregn udbytte eller kapitaludlodning på 'snapshot'**
På baggrund af et tidligere gemt grundlag i en given ISIN beregnes udbytte eller kapitaludlodning, og der dannes grundlag for efterfølgende betaling til investorerne i den valuta, udsteder ønsker anvendt.
For udbytte beregnes og fratrækkes udbytteskat efter gældende regler og dobbeltbeskatningsaftaler.



SYSTEMVEJLEDNING

---

**m. Ekstraordinær obligationsindfrielse (CA) via ny ISIN**

En procentvis andel af hver obligationsbeholdning ombyttes til en ny obligations ISIN, der bliver indfriet umiddelbart efter tildeling på særlig vilkår, som er registreret for denne ISIN.

Hvis låntager/udsteder i stedet for kontant indfrielsesprovenu eller indfrielsesprovenu/rente vil konvertere til nye aktier, bliver den beregnede beholdning tildelt med betalingsformidling af eventuelle spidser. Prisen pr. ny aktie fastsættes af udsteder.

Efter gennemførelsen udsendes ændringsmeddelelser med udsteders tekst om årsagen til indfrielsen og med en tekst fra VP om fremgangsmåden ved den skete indfrielse.

**n. Konvertering af ordinært renteprovenu til nye aktier**

Hele eller en procentvis andel af det beregnede, ordinære rentebeløb konverteres til nye aktier. Prisen pr. ny aktie fastsættes af udsteder. En eventuel spids samt den ikke konverterede andel af rentebeløbet bliver betalingsformidlet.

Efter gennemførelsen udsendes ændringsmeddelelse med udsteders tekst om årsagen til konvertering og med en tekst fra VP om fremgangsmåden ved den skete konvertering.

 **SYSTEMVEJLEDNING**

## Uddata

Eksempel: Ombytning af beholdninger

| Offentliggørelsestype  01, 02, 03 og 06 | |
|---|---|
| Offentliggørelsesdagen | |
| Tl20272v | Offentliggørelse af corporate actions - Papiroplysninger (DC) |
| Tl20273v | Offentliggørelse af corporate actions - Forholdsoplysninger (DC) |
| Tl20274v | Offentliggørelse af corporate actions - Kursoplysninger (DC) |
| Tl20275v | Offentliggørelse af corporate actions - Betalingsoplysninger (DC) |
| Tl20279v | Offentliggørelse af corporate actions - Udbytteoplysninger (DC) *) |
| | |
| Kørselsdagen | |
| Tl20290v | Hovedbogsoplysninger  - aktier (UD) |
| Tl20291v | Hovedbogsoplysninger - obligationer (UD) |
| Tl20325v | Afstemning udbytte - total ved beregning (UD)*) |
| Tl20327v | Afstemning udbytte - total udenlandsk ved beregning (UD) *) |
| Tl20280v | Ændringsmeddelelse adresseoplysninger (kontohaver, rettighedshaver) |
| Tl20281v | Ændringsmeddelelse Opgave tekst fra udstederansvarlig (kontohaver, rettighedshaver) |
| Tl20282v | Ændringsmeddelelse beholdningsoplysninger aktier (kontohaver, rettighedshaver) |
| Tl20283v | Ændringsmeddelelse beholdningsoplysninger obligationer (kontohaver, rettighedshaver) |
| Tl20285v | Ændringsmeddelelse provenuoplysninger uden skat/afgift (kontohaver, rettighedshaver) |
| Tl20339v | Ændringsmeddelelse provenuoplysninger med skat/afgift (kontohaver, rettighedshaver) *) |
| Tl20289v | Status på beholdning efter afvikling af en corporate action (KI) |
| Tl20286v | Advisering til kontofører – beholdningsoplysninger aktier (KI) |
| Tl20287v | Advisering til kontofører – beholdningsoplysninger obligationer (KI) |
| Tl20288v | Advisering til kontofører – provenuoplysninger uden skat/afgifter (KI) |
| Tl20315v | Papiroplysninger udbytte ved beregning (KI) *) |
| Tl20316v | Udbytteoversigt - betalingsformidling til KI (KI) *) |
| Tl20292v | Advisering til ejerbogsfører – beholdningsoplysninger ifm. afvikling af corporate actions(AB) |
| Tl20304v | Advisering til ejerbogsfører – navne- og adresseoplysninger ifm. afvikling af corporate actions (AB) |
| Tl20306v | Ejerbogsførers navn og adresse (AB) |
| | |
| Dan likviditet | |
| Tl20182v | Nettopåvirkning i likviditet pr. afviklingskørsel (PK), (AH) |
| | |
| Dan betalingsformidling | |
| Tl20138v | Posteringsgrundlag pr. værdipapirkonto pr. pengekontofører (PK) |
| Tl20197v | Posteringsgrundlag pr. pengekonto (PK) |
| Tl20198v | Posteringsgrundlag pr. afkast/afregningskonto (PK) |
| Tl20106v | Afstemningsoplysninger, periodiske betalinger (UD) |
| | |
| Pengekontrollen | |
| Tl20034v | Bogføringsposter fra en afviklingskørsel – kopi (BS) |
| *) Dannes kun, hvis en corporate action indeholder betalinger, hvor der skal tilbageholdes udbytteskat | |

Eksempel: Opsplitning af beholdninger

Offentliggørelsestype 08, 09, og 11



**S**YSTEMVEJLEDNING

| Offentliggørelsesdagen | |
|---|---|
| TI20272v | Offentliggørelse af corporate actions - Papiroplysninger (DC) |
| TI20273v | Offentliggørelse af corporate actions - Forholdsoplysninger (DC) |
| TI20274v | Offentliggørelse af corporate actions - Kursoplysninger (DC) |
| TI20275v | Offentliggørelse af corporate actions - Betalingsoplysninger (DC) |
| TI20279v | Offentliggørelse af corporate actions - udbytteoplysninger (DC) *) |
| | |
| **Kørselsdagen** | |
| TI20290v | Hovedbogsoplysninger  - aktier (UD) |
| TI20291v | Hovedbogsoplysninger - obligationer (UD) |
| TI20325v | Afstemning udbytte - total ved beregning (UD) *) |
| TI20327v | Afstemning udbytte - total udenlandsk ved beregning (UD) *) |
| TI20280v | Ændringsmeddelelse adresseoplysninger (kontohaver, rettighedshaver) |
| TI20281v | Ændringsmeddelelse Opgave tekst fra udstederansvarlig (kontohaver, rettighedshaver) |
| TI20282v | Ændringsmeddelelse beholdningsoplysninger aktier (kontohaver, rettighedshaver) |
| TI20283v | Ændringsmeddelelse beholdningsoplysninger obligationer (kontohaver, rettighedshaver) |
| TI20285v | Ændringsmeddelelse provenuoplysninger uden skat/afgift (kontohaver, rettighedshaver) |
| TI20339v | Ændringsmeddelelse provenuoplysninger med skat/afgift (kontohaver, rettighedshaver) *) |
| TI20289v | Status på beholdning efter afvikling af en corporate action (KI) |
| TI20286v | Advisering til kontofører – beholdningsoplysninger aktier (KI) |
| TI20287v | Advisering til kontofører – beholdningsoplysninger obligationer (KI) |
| TI20288v | Advisering til kontofører – provenuoplysninger uden skat/afgifter (KI) |
| TI20315v | Papiroplysninger udbytte ved beregning (KI) *) |
| TI20316v | Udbytteoversigt - betalingsformidling til KI (KI) *) |
| TI20292v | Advisering til ejerbogsfører – beholdningsoplysninger ifm. afvikling af corporate actions(AB) |
| TI20304v | Advisering til ejerbogsfører – navne- og adresseoplysninger ifm. afvikling af corporate actions (AB) |
| TI20306v | Ejerbogsførers navn og adresse (AB) |
| | |
| **Dan likviditet** | |
| TI20182v | Nettopåvirkning i likvidtet pr. afviklingskørsel (PK), (AH) |
| | |
| **Dan betalingsformidling** | |
| TI20138v | Posteringsgrundlag pr. værdipapirkonto pr. pengekontofører (PK) |
| TI20197v | Posteringsgrundlag pr. pengekonto (PK) |
| TI20198v | Posteringsgrundlag pr. afkast/afregningskonto (PK) |
| TI20106v | Afstemningsoplysninger, periodiske betalinger (UD) |
| | |
| **Pengekontrollen** | |
| TI20034v | Bogføringsposter fra en afviklingskørsel – kopi (BS) |
| *) Dannes kun, hvis en corporate action indeholder betalinger, hvor der skal tilbageholdes udbytteskat | |

## Eksempel: Tildeling af beholdninger
Offentliggørelsestype 13, 14, 15 og 16

| Offentliggørelsesdagen | |
|---|---|
| TI20272v | Offentliggørelse af corporate actions - Papiroplysninger (DC) |
| TI20273v | Offentliggørelse af corporate actions - Forholdsoplysninger (DC) |
| TI20274v | Offentliggørelse af corporate actions - Kursoplysninger (DC) |
| TI20275v | Offentliggørelse af corporate actions - Betalingsoplysninger (DC) |
| TI20279v | Offentliggørelse af corporate actions - udbytteoplysninger (DC) *) |
| | |