# Exhibit 38, Part 2 of 3



# VP's Clearingregler

## Bekræftelse (instruct)

Bekræftelsen er knyttet til den afgivne foradvisering - enten fordi foradvisering og bekræftelse er indrapporteret samlet, eller fordi den selvstændigt indrapporterede bekræftelse henviser til foradviseringen. Ved bruttoafvikling er bekræftelsen indeholdt i foradviseringen.

Parterne angiver med bekræftelsen en gyldighedsperiode, dvs. den periode, hvori den pågældende handelstransaktion må deltage i afviklingen. Gyldighedsperioden starter med den første mulige afviklingsblok i 'afviklingstidsrummet'.

Er en bekræftelse modtaget i VP inden starten af 'afviklingstidsrummet', betragtes den førstkommende afviklingsblok i 'afviklingstidsrummet' som starten på gyldighedsperioden. Modtages bekræftelsen senere, er det den førstkommende afviklingsblok, der er starten på gyldighedsperioden. Ved indrapportering af en fornyet bekræftelse kan en tidligere angiven gyldighedsperiode ændres. En angiven gyldighedsperiode skal mindst omfatte én afviklingsblok og kan højst gælde for den resterende del af 'afviklingstidsrummet'.

Bekræftelserne fra begge sider af handelstransaktionen skal, for at transaktionen kan afvikles, angive helt eller delvist sammenfaldende gyldighedsperioder.

Når begge parter i en handelstransaktion har indsendt bekræftelser med sammenfaldende gyldighedsperiode, er indrapporteringen endelig og anses for indgået i systemet, jf. værdipapirhandelslovens § 57 c, stk. 1, nr. 1. Samtidig kan transaktionen ikke ensidigt annulleres eller tilbagekaldes af hverken deltageren eller en tredje part, jf. værdipapirhandelslovens § 57 c, stk. 1, nr. 2. Transaktionen er dermed 'klar til afvikling'. Hvis parterne i en handelstransaktion er enige herom, kan en endelig handelstransaktion dog annulleres ved, at begge parter indsender en annulleringstransaktion, der skal være modtaget inden retsvirkningstidspunktet for den afviklingsblok, i hvilken annulleringen skal have virkning, medmindre en part i overensstemmelse med Nasdaq OMX's regler for 'buy-in' ensidigt kan annullere handelstransaktionen. Endelige handelstransaktioner indrapporteret af MTS Denmark kan kun annulleres af MTS Denmark.

Den nærmere beskrivelse af de oplysninger, der skal indrapporteres i bekræftelsen, fremgår af VP's vejledninger og regler.

## Clearing

### Nettoafvikling

VP vil fra den først angivne fremtidige afviklingsblok kontrollere tilstedeværelsen af tilstrækkelige værdipapirer på salgssiden (værdipapirkontrol) og tilstrækkelige betalingsmidler på købssiden (pengekontrol) for handelstransaktioner, der er 'klar til afvikling'.

### Værdipapirkontrol

VP kontrollerer i den første angivne fremtidige afviklingsblok, at sælger har dækning for de af sælger indrapporterede og bekræftede salg af værdipapirer. Det kontrolleres på nettobasis, om der på den af sælger angivne værdipapirkonto findes værdipapirer i den handlede fondskode i tilstrækkeligt omfang til at gennemføre de indrapporterede salg. Ved opgørelsen af rådigheden medtages udover den i VP registrerede beholdning samtlige godkendte tilgange, der er til registrering senest samtidig med registreringen af sælgers salg.

Viser kontrollen, at sælger på den angivne værdipapirkonto i den angivne fondskode ikke har tilstrækkelig beholdning af værdipapirer til rådighed til at gennemføre samtlige indrapporterede salg, gennemføres