# Exhibit 38, Part 3 of 3



**VP'S CLEARINGREGLER**

---

ingen af den pågældende kontohavers salg i den berørte fondskode i den pågældende afviklingsblok, jf. dog nedenfor.

### Pengekontrol

Sideløbende med værdipapirkontrollen kontrollerer VP, at køberen har dækning for betalingen af de af denne indrapporterede køb af værdipapirer. Ved opgørelsen af køberens samlede betalinger modregnes betalinger for køberens godkendte salg af værdipapirer i samme afvikling. Det kontrolleres, at de samlede betalinger på den angivne pengekonto i Danmarks Nationalbank, Den Europæiske Centralbank eller hos den primære betalingsstiller ikke overstiger det samlede beløb, der er stillet til rådighed for køberen i den pågældende afviklingsblok.

Handelsbeløb indrapporteret i euro indgår i pengekontrollen i overensstemmelse med nærværende clearingreglers afsnit om Betalingsafvikling i euro i Den Europæiske Centralbank.

I rådighedsbeløbet indgår et af Danmarks Nationalbank, Den Europæiske Centralbank eller den primære betalingsstiller opgivet maksimumbeløb. Hertil kan der for danske kroner, hvis der er indgået særlig aftale herom, indregnes panteværdien (sikkerhedsretsværdien) af specifikke værdipapirkonti. Panteværdien opgøres efter nærværende clearingreglers afsnit om VP's system til administration af sikkerhedsret samt efter panthavers/långivers særlige betingelser, jf. dennes sikkerhedsretsordning.

Viser pengekontrollen, at købers samlede betalinger overstiger det opgivne rådighedsbeløb på den af køber angivne pengekonto, gennemføres ingen af de indrapporterede køb med betalingsformidling vedrørende den pågældende pengekonto i den pågældende afviklingsblok, jf. dog nedenfor.

### Principper for gennemførelse af handelstransaktioner

For at begrænse virkningerne af manglende gennemførelse af handelstransaktioner som følge af utilstrækkelig beholdning af værdipapirer eller kontante midler, som nævnt tidligere under 'værdipapirkontrol' og 'pengekontrol', er VP berettiget, men ikke forpligtet til at søge oplysninger i det indrapporterede og herefter gennemføre de transaktioner, der kan skabes dækning for. VP søger sådanne handler gennemført efter de i nærværende clearingregler beskrevne principper for VP's multilaterale netting, der er fastlagt i samråd med og accepteret af centraldeltagerne. Disse principper tager generelt sigte på at minimere risikoen i afviklingen ved at søge at gennemføre den størst mulige del af den samlede afvikling, der er anmeldt til den pågældende afviklingskørsel.

### Udskydelse af afvikling

Handelstransaktioner, der på trods af ovenstående principper ikke er blevet gennemført i en afviklingsblok, udskydes for at indgå i den førstkommende afviklingsblok, hvori der afvikles handelstransaktioner i den indrapporterede møntfod (danske kroner eller euro). Er handelstransaktioner indrapporteret med udeladelse af handelsbeløb indgår transaktionen i den umiddelbart efterfølgende afviklingsblok. Foradviseringerne forbliver dog i kraft under forudsætning af, at det angivne 'afviklingstidsrum' ikke er udløbet. I denne periode kan foradviseringerne genbekræftes. Handelstransaktionerne annulleres, når 'afviklingstidsrummet' er udløbet.

VP stiller oplysninger om ovenstående til rådighed for de berørte. For handelstransaktioner indrapporteret af MTS Denmark underrettes MTS Denmark ligeledes om ovenstående.

### Bruttoafvikling

VP dækningskontrollerer en bruttoafvikling, når transaktionen er makkersøgt og dermed 'klar til afvikling'. Først kontrolleres det, om sælger har dækning for det indrapporterede og bekræftede salg af værdipapirer. Er dette tilfældet, reserveres beholdningen, mens det kontrolleres, om køber har dækning for betalingen for det indrapporterede køb af de pågældende værdipapirer.