# Exhibit 3, Part 28

**Exhibit 4**

**Privileged & Confidential**

| Evidence Ref | Custodian | Search Order | Office area reference | Device Type | Asset Tag | Make | Model | Serial No / IMEI | Drive Make | Drive Type | Drive S/N | Size (GB) | Date Acquisition initiated |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DS24GA01 | Stephania Paun | First Search Order - Premises | Floor | Desktop | E1YFC06 | Dell | Optiplex 7040 | 1B7SD82 | Sandisk | SSD | 154GWM04274 | 240.00 | 2018/06/28 |
| DS24GA02 | Natalia Vereniiana | First Search Order - Premises | Floor | Desktop | E1YFC04 | Dell | Optiplex 7040 | 6C7SD82 | Sandisk | SSD | 154779403137 | 240.00 | 2018/06/28 |
| DS24GA03 | Unknown | First Search Order - Premises | Floor | Desktop | E1YFC06 | Dell | Optiplex 7040 | B97SD82 | Sandisk | SSD | 154607406226 | 240.00 | 2018/06/28 |
| DS24GA04 | Utkal Tagiwa | First Search Order - Premises | Floor | Desktop | E1YFC04 | Dell | Optiplex 7040 | GH7SD82 | Sandisk | SSD | 154934402295 | 240.00 | 2018/06/28 |
| DS24GA05 | Sandesh Dhomse | First Search Order - Premises | Floor | Desktop | E1YFC09 | Dell | Optiplex 7040 | GV7SD82 | Sandisk | SSD | 154711400405 | 240.00 | 2018/06/28 |
| DS24GA06 | Sandesh Dhomse | First Search Order - Premises | Floor | Desktop | N/A | Teta | N/A | N/A | Teta | Product Code | 50271335024911573547 | 8.00 | 2018/06/28 |
| DS24GA07 | Rashmi Raju | First Search Order - Premises | Floor | Desktop | E1YFC01 | Dell | Optiplex 7040 | 6875D82 | Sandisk | SSD | 154607406118 | 240.00 | 2018/06/28 |
| DS24GA08 | Claude | First Search Order - Premises | Floor | Laptop | E1YLPT03 | Asus | UX305L | EA0CGJ07144343H 12M | Seagate | ST500LM000-1EJ1 | W760GTT6 | 500.00 | 2018/06/28 |
| DS24GA09 | Nagris (Imtm) | First Search Order - Premises | Floor | Desktop | EQU-MAQ2 | Apple | iMAC All in one | C02V185GGJ7N | Apple | SSD | SP9RHY4GB46490 | 2000.00 | 2018/06/28 |
| DS24GA10 | Nicola Monteath | First Search Order - Premises | Floor | Laptop | EQU-MAQ6 | Apple | Macbook Pro | C02T32RGGT9N | Apple | SSD | C02T01302NAHG618 | 1000.00 | 2018/06/28 |
| DS24GA11 | Sanjay Shah | First Search Order - Premises | Mr. Shah's | External HDD | N/A | Seagate | N/A | N/A | Seagate | HDD - Backup Plus | NA758CNP | 1000.00 | 2018/06/28 |
| DS24GA12 | Oshkim Adejorade | First Search Order - Premises | Floor | Desktop | EQU-MAQ4 | Apple | iMAC All in one | C02V0VXCGG67N | Apple | SSD | SP9RH74GB55235 | 2000.00 | 2018/06/28 |
| DS24GA13 | Marta Lis | First Search Order - Premises | Floor | Desktop | E1YFC012 | Dell | Optiplex 7040 | H87SD82 | Sandisk | SSD | 254607406101 | 240.00 | 2018/06/28 |
| DS24GA13 | Sanjay Shah | First Search Order - Premises | Mr. Shah's | Desktop | E1YFC08 | Dell | Optiplex 7040 | 2H7SD82 | Sandisk | SSD | 154976403145 | 240.00 | 2018/06/28 |
| DS24GA14 | Mark Fernandes | First Search Order - Premises | Center office | Desktop | E1YFC03 | Dell | Optiplex 7040 | 8C7SD82 | Sandisk | SSD | 154608404292 | 240.00 | 2018/06/28 |
| DS24GA15 | Sanjay Shah | First Search Order - Premises | Floor | Laptop | E1YFE83 / E1YLPT22 | Apple | iPhone 7 Plus | C02VQ145G875J4 12M | HGST | N/A | 50000500GG72PP | 1000.00 | 2018/06/28 |
| DS24GA17 | Sanjay Shah | First Search Order - Premises | Mr. Shah's | Mobile | N/A | Apple | iPhone 5s / iPhone SE | N/A | N/A | N/A | N/A | N/A | 2018/06/28 |
| DS24GA18 | Sanjay Shah | First Search Order - Premises | Mr. Shah's | Mobile | N/A | Apple | iPhone 7 | 7D7SD82 | Sandisk | SSD | N/A | N/A | 2018/06/28 |
| DS24GA19 | Vidya Manzoorsk | First Search Order - Premises | Floor | Desktop | E1YFC010 | Dell | Optiplex 7040 | 747SD82 | Sandisk | SSD | 154608404269 | 240.00 | 2018/06/28 |
| DS24GA20 | Natalia Vereniiana | First Search Order - Premises | Floor | Pen Drive | N/A | Kingston | N/A | N/A | Kingston | DT5E9 G2 | 98AF0AE18E09 | 16.00 | 2018/06/28 |
| DS24GA21 | Puja Tiwari | First Search Order - Premises | Floor | Desktop | EQU-MAQ3 | Apple | iMAC All in one | C02V0VXCGG67N | Apple | SSD | SP9RHY4GB37310 | 2000.00 | 2018/06/28 |
| DS24GA22 | Usha Shah | First Search Order - Premises | HR Room | Desktop | E1YFC07 | Dell | Optiplex 7040 | 4B7SD82 | Sandisk | SSD | 154773402403 | 240.00 | 2018/06/28 |
| DS24GA23 | Sanjay Shah | First Search Order - Premises | Mr. Shah's | Desktop | N/A | Imation | N/A | N/A | Imation | DVD-R | N/A | 4.70 | 2018/06/28 |
| DS24GA24 | Wail Anwar | First Search Order - Premises | Floor | Desktop | E1YFC011 | Dell | Optiplex 7040 | 8G7SD82 | Sandisk | SSD | 154976403825 | 240.00 | 2018/06/28 |
| DS24GA25 | Natalia Vereniiana | First Search Order - Premises | Floor | Laptop | E1YLPT15 | Sony | VAIO SVP132A1CM | 5462603B-0003361 / Service | N/A | SSD | 535YWYA0623861 | 120.00 | 2018/06/28 |
| DS24GA26 | Sanjay Shah | First Search Order - Premises | Floor | Dropbox | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 2018/06/28 |
| DS24GA27 | Unknown | First Search Order - Premises | Floor | Desktop | EQU-MAQ1 | Apple | iMAC All in one | C02QW2UR6GG7N | Apple | SSD | SP9RHY4GB73008 | 2000.00 | 2018/07/01, 2018/07/03 |
| DS24GA28 | Unknown | First Search Order - Premises | Storage Cab | Desktop | N/A | Apple | MAC Mini | C07H71A8D1D1 | Hitachi / Apple HDD | N/A | J2260S51HHZP3C | 500.00 | 2018/07/01 |
| DS24GA31 | Unknown | First Search Order - Premises | Storage Cab | Desktop | N/A | Apple | MAC Mini | T10369LP7D1D1 | Toshiba / Apple HDD | N/A | 1230Y6IDT | 1000.00 | 2018/07/01 |
| DS24GA32 | Unknown | First Search Order - Premises | Storage Cab | DVD | N/A | Unknown | Unknown | N/A | Unknown | Unknown | N/A | 4.70 | 2018/07/01 |
| DS24GA33 | Unknown | First Search Order - Premises | Storage Cab Laptop | Laptop | E1YLPT02 | Asus | UX305L | EA0CGJ07203439 12M | Seagate | ST500LM000-1EJ1 | W760GWDC | 500.00 | 2018/07/01 |
| DS24GA34 | Unknown | First Search Order - Premises | Storage Cab Laptop | Laptop | E1YLPT08 | Asus | UX305L | EA0CGJ07203450 12M | Seagate | ST500LM000-1EJ1 | W760GGF0 | 500.00 | 2018/07/01 |
| DS24GA35 | Unknown | First Search Order - Premises | Storage Cab Laptop | Laptop | EQU-MAQ5 | Apple | Macbook Pro - A1707 | F3K0K11550805A 12M | HGST | N/A | 50A000SGGHTRK | 1000.00 | 2018/07/01 |
| DS24GA36 | Natalia Vereniiana | First Search Order - Premises | . | Network Share | N/A | N/A | admin@skysumglobal.com | N/A | N/A | N/A | N/A | 13.00 | 2018/07/02 |
| DS24GA36 | Unknown | First Search Order - Premises | . | Office 365 | N/A | N/A | asset@skysumglobal.com | N/A | N/A | N/A | N/A | 0.18 | 2018/07/02 |
| DS24GA36 | Unknown | First Search Order - Premises | . | Office 365 | N/A | N/A | catia@skysumglobal.com | N/A | N/A | N/A | N/A | 0.29 | 2018/07/02 |
| DS24GA36 | Sanjay Shah | First Search Order - Premises | . | Office 365 | N/A | N/A | ceo@skysumglobal.com | N/A | N/A | N/A | N/A | 0.63 | 2018/07/02 |
| DS24GA36 | Unknown | First Search Order - Premises | . | Office 365 | N/A | N/A | cfo@skysumglobal.com | N/A | N/A | N/A | N/A | 2.70 | 2018/07/02 |
| DS24GA40 | Mark Fernandes | First Search Order - Premises | . | Office 365 | N/A | N/A | consultant@skysumglobal.com | N/A | N/A | N/A | N/A | 1.30 | 2018/07/02 |
| DS24GA40 | Usha Shah | First Search Order - Premises | . | Office 365 | N/A | N/A | director@skysumglobal.com | N/A | N/A | N/A | N/A | 0.27 | 2018/07/02 |
| DS24GA41 | Sandesh Dhomse | First Search Order - Premises | . | Office 365 | N/A | N/A | fd@skysumglobal.com | N/A | N/A | N/A | N/A | 0.36 | 2018/07/02 |
| DS24GA41 | Rashmi / Jyotha / Mark | First Search Order - Premises / UK | . | Office 365 | N/A | N/A | finance@skysumglobal.com | N/A | N/A | N/A | N/A | 0.16 | 2018/07/02 |
| DS24GA44 | Vidya Manzoorsk | First Search Order - Premises | . | Office 365 | N/A | N/A | it@skysumglobal.com | N/A | N/A | N/A | N/A | 3.30 | 2018/07/02 |
| DS24GA44 | Unknown | First Search Order - Premises | . | Office 365 | N/A | N/A | HR@skysumglobal.com | N/A | N/A | N/A | N/A | 0.65 | 2018/07/02 |
| DS24GA43 | Stephania Paun / UK | First Search Order - Premises | . | Office 365 | N/A | N/A | Legal@skysumglobal.com | N/A | N/A | N/A | N/A | 2.30 | 2018/07/02 |
| DS24GA43 | Sanjay Shah | First Search Order - Premises | Floor | Laptop | E1YLTP06 | Asus | UX305L | od@skysumglobal.com | N/A | N/A | N/A | 0.04 | 2018/07/02 |
| DS24GA43 | Wail Anwar | First Search Order - Premises | . | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 1000.00 | 2018/07/02 |
| DS24GA43 | Multiple | First Search Order - Premises | . | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.45 | 2018/07/02 |
| DS24GA43 | Multiple | First Search Order - Premises | . | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.18 | 2018/07/02 |
| DS24GA43 | Multiple | First Search Order - Premises | . | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.06 | 2018/07/02 |
| DS24GA43 | Multiple | First Search Order - Premises | . | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.00 | 2018/07/12 |
| DS24GA43 | Multiple | First Search Order - Premises | . | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.11 | 2018/07/12 |
| DS24GA43 | Multiple | First Search Order - Premises | . | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.33 | 2018/07/12 |
| DS24GA43 | Multiple | First Search Order - Premises | . | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 12.40 | 2018/07/12 |
| DS24GA43 | Multiple | First Search Order - Premises | . | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.00 | 2018/07/12 |
| DS24GA43 | Multiple | First Search Order - Premises | . | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 1.46 | 2018/07/15 |
| DS24GA43 | Multiple | First Search Order - Premises | . | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 1.24 | 2018/07/15 |
| DS24GA43 | Multiple | First Search Order - Premises | . | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.02 | 2018/07/15 |
| DS24GA43 | Multiple | First Search Order - Premises | . | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.00 | 2018/07/12 |
| DS24GA43 | Multiple | First Search Order - Premises | . | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 5.82 | 2018/07/02 |
| DS24GA43 | Multiple | First Search Order - Premises | . | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.04 | 2018/07/15 |
| DS24GA43 | Multiple | First Search Order - Premises | . | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.66 | 2018/07/15 |

**Privileged & Confidential**

| Evidence Ref | Custodian | Search Order | Office area reference | Device Type | Asset Tag | Make | Model | Serial No / IMEI | Drive Make | Drive Type | Drive S/N | Size (GB) | Date Acquisition Initiated |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D3246A43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.02 | 2018/07/15 |
| D3246A43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.05 | 2018/07/12 |
| D3246A43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.04 | 2018/07/15 |
| D3246A43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.15 | 2018/07/15 |
| D3246A43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.27 | 2018/07/12 |
| D3246A43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.39 | 2018/07/15 |
| D3246A43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.00 | 2018/07/15 |
| D3246A43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.00 | 2018/07/12 |
| D3246A43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.00 | 2018/07/15 |
| D3246A43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 87.00 | 2018/07/18 |
| D3246A43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 89.90 | 2018/07/04 |
| D3246A43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.28 | 2018/07/19 |
| D3246A43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.08 | 2018/07/18 |
| D3246A44 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.03 | 2018/07/18 |
| D3246A44 | Multiple | First Search Order - Premises | - | External HDD | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 1.15 | 2018/07/19 |
| D3246A44 | Unknown | First Search Order - Premises | | External HDD | N/A | N/A | N/A | N/A | Western Dig | My Passport Ultra | WXE1E5S1CSU5 | 1000.00 | 2018/08/14 |
| D3246A45 | Unknown | First Search Order - Premises | | External HDD | N/A | N/A | N/A | N/A | Western Dig | My Passport Ultra | WX81A75EZXU | 1000.00 | 2018/08/17 |
| D3246A46 | Unknown | First Search Order - Premises | | External HDD | N/A | N/A | N/A | N/A | Western Dig | My Passport Ultra | WXF1E6526X07 | 3000.00 | 2018/07/17 (Failed) |
| D3246A47 | Unknown | First Search Order - Premises | | External HDD - MimeCast email archives | N/A | N/A | N/A | N/A | Western Dig | My Passport Ultra | WX03155SCCP1E | 1000.00 | 2018/07/25 |
| D3246A48 | Sanjay Shah | Remote Server Collection | | Email Containers - Mimecast PSTs | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 9.24 | 2018/08/26 |
| D3246A48 | Mark Fernandes | Remote Server Collection | | Email Containers - Mimecast PSTs | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.56 | 2018/08/26 |
| D3246A48 | Usha Shah | Remote Server Collection | | Email Containers - Mimecast PSTs | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.43 | 2018/08/26 |
| D3246A48 | Sandesh Dhomme | Remote Server Collection | | Email Containers - Mimecast PSTs | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 1.11 | 2018/08/26 |
| D3246A48 | Wahi Anwar | Remote Server Collection | | Email Containers - Mimecast PSTs | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 2.88 | 2018/08/26 |
| D3246A48 | Unknown_Admin | Remote Server Collection | | Email Containers - Mimecast PSTs | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 5.35 | 2018/08/16 |
| D3246A48 | Unknown_Asset | Remote Server Collection | | Email Containers - Mimecast PSTs | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 8.24 | 2018/08/19 |
| D3246A48 | Unknown_Catchall | Remote Server Collection | | Email Containers - Mimecast PSTs | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.29 | 2018/08/26 |
| D3246A48 | Unknown_CFO | Remote Server Collection | | Email Containers - Mimecast PSTs | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 2.13 | 2018/08/26 |
| D3246A48 | Unknown_Finance | Remote Server Collection | | Email Containers - Mimecast PSTs | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 10.20 | 2018/08/27 |
| D3246A48 | Unknown_HR | Remote Server Collection | | Email Containers - Mimecast PSTs | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.85 | 2018/08/26 |
| D3246A48 | Unknown_Legal | Remote Server Collection | | Email Containers - Mimecast PSTs | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 5.16 | 2018/08/27 |
| D3246A48 | Unknown_QO | Remote Server Collection | | Email Containers - Mimecast PSTs | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.16 | 2018/08/27 |
| D3246A49 | Sanjay Shah | Remote Server Collection | | Office 365 Full | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 18.33 | 2018/09/25 |
| D3246A49 | Mark Fernandes | Remote Server Collection | | Office 365 Full | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 1.09 | 2018/09/25 |
| D3246A49 | Usha Shah | Remote Server Collection | | Office 365 Full | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.55 | 2018/09/25 |
| D3246A49 | Sandesh Dhomme | Remote Server Collection | | Office 365 Full | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 1.82 | 2018/09/25 |
| D3246A49 | Wahi Anwar | Remote Server Collection | | Office 365 Full | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 4.26 | 2018/09/25 |
| D3246A49 | Unknown_Admin | Remote Server Collection | | Office 365 Full | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 3.87 | 2018/09/25 |
| D3246A49 | Unknown_Asset | Remote Server Collection | | Office 365 Full | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 2.87 | 2018/09/25 |
| D3246A49 | Unknown_Catchall | Remote Server Collection | | Office 365 Full | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.72 | 2018/09/25 |
| D3246A49 | Unknown_CFO | Remote Server Collection | | Office 365 Full | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.00 | 2018/09/25 |
| D3246A49 | Unknown_Finance | Remote Server Collection | | Office 365 Full | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 5.94 | 2018/09/25 |
| D3246A49 | Unknown_HR | Remote Server Collection | | Office 365 Full | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 1.00 | 2018/09/25 |
| D3246A49 | Unknown_Legal | Remote Server Collection | | Office 365 Full | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 4.33 | 2018/09/25 |
| D3246A49 | Unknown_QO | Remote Server Collection | | Office 365 Full | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.49 | 2018/09/25 |
| D3246O01 | Philip Punwar | Provided by Legal Counsel | | Loose files | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 11.79 | 2018/07/24 |
| D3246O02 | Multiple | First Search Order - Premises | | Backup and BIOS Cloud data & VMs content | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 1621.00 | 2018/07/24 |
| D3246V01 | Multiple | Remote Server Collection | | DociCafd DMS | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 500.00 | 2018/10/03 |
| D3246V02 | Multiple | Remote Server Collection | | VM Export (Elysium-DC-elysium.global) | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 6800.00 | 2018/10/03 |
| D3246V03 | Multiple | Remote Server Collection | | Sage Server (ely-sagesvr.elysium.global) | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 931.00 | 2018/09/06 |
| D3246V04 | Multiple | Remote Server Collection | | Google Drive | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 1331.20 | 2018/10/03 |

**Exhibit 5**