# Exhibit 3, Part 29

**DIFC Court of First Instance**
**SKAT v Elysium Global (Dubai) Limited and Elysium Properties Limited**

28-June-2018

The below table is a summary of hard copy documents obtained from the offices of Elysium Global (Dubai) Limited on 28-June-2018.

*Total pages: 3*

| Location | Category | Document Name (if labelled) or Details of Contents (*italics*) | Approximate volume | Box # |
|---|---|---|---|---|
| Sanjay Shah Office | Finance | *Various bank and utility account statements and documentation of a financial nature (e.g. invoices, schedules, account forecasts)* | 1 white untitled binder 1 spiral package Various loose papers Total volume: ~3 inches | B1 |
| Sanjay Shah Office | Agreements | *Various agreements with respect to Elysium Global (Dubai) Limited and related documents* | Total volume: ~4 inches | B1 |
| Sanjay Shah Office | Assets | *Documentation relating to properties and/or resources (e.g. HR documentation and charts)* | Total volume :~1/4 inches | B1 |
| Office Filing Cabinets | Bank Statements | Sanjay Shah Bank Stmts Varengold NED Bank F432874 | 1 binder | B3 |
| Office Filing Cabinets | Expenses | Elysium Global Expenses F433191 | 1 binder | B3 |
| Office Filing Cabinets | Bank statements | Sanjay Shah Bank Stmts Natwest OCBC F432873 | 1 binder | B3 |
| Office Filing Cabinets | Bank statements | Sanjay Shah Bank Stmts Citibank F432882 | 1 binder | B3 |
| Office Filing Cabinets | Finance | Elysium Global Dubai Limited Finance Folder July to September 2016 F432998 | 1 binder | B2 |
| Office Filing Cabinets | Expenses | Elysium Global Dubai Limited Expenses FY2015 F432950 | 1 binder | B2 |
| Office Filing Cabinets | Finance | Elysium Global Dubai Limited Petty Cash 2018 F432866 | 1 binder | B2 |
| Office Filing Cabinets | Finance | Dalma Capital 2050544350848 | 1 binder | B2 |
| Office Filing Cabinets | Finance | *Untitled binder with various banking related instructions and agreements* F432863 | 1 binder | B2 |
| Office Filing Cabinets | Finance | Elysium Global Dubai Limited Finance Folder June 2016 F432997 | 1 binder | B2 |
| Office Filing Cabinets | Finance | Elysium Global Dubai Limited Finance Folder Oct to Dec 2016 F432996 | 1 binder | B2 |
| Office Filing | Commercial | EGDL Commercial Documents | 1 binder | B4 |

1

18