# Exhibit 3, Part 31

DIFC Court of First Instance
SKAT v Elysium Global (Dubai) Limited and Elysium Properties Limited

28-June-2018

| Location | Category | Document Name (if labelled) or Details of Contents (italics) | Approximate volume | Box # |
|---|---|---|---|---|
| | | 2016-2017 F433177 | | |
| Office Filing Cabinets | Bank Statements | ING Luxco Sanjay – Sign F433175 | 1 binder | B7 |
| Office Filing Cabinets | Finance | Elysium Global Dubai Limited Payment Voucher 2018 | 1 binder | B7 |
| Office Filing Cabinets | Agreements | Assorted collection of agreements and other corporate organizational documentation | 1 box of assorted files | B8 |
| Office Filing Cabinets | Statements | Account statements, payment instructions, correspondence with financial institutions | 1 box of assorted files | B9 |
| Office Filing Cabinets | Finance | Various documentation of a financial nature (invoices, receipts, etc.) | 1 box of assorted files | B10 |

3

20