# Exhibit 11

Message

| | |
|---|---|
| **From**: | tradeapprovals@tradewestpoint.com [tradeapprovals@tradewestpoint.com] |
| **Sent**: | 6/22/2015 11:30:09 AM |
| **To**: | Trading@EdgepointPension.com |
| **CC**: | brokerageaudit@bastioncapital.co.uk; tradeapprovals@tradewestpoint.com |
| **Subject**: | Account (EDG01) - trade approved |

Dear Client,

In relation to the trade referred to below (*Trade*), West Point Derivatives Ltd approves such Trade (in accordance with the Addendum to the International Uniform Brokerage Execution Services Agreement: Trader Version 2008) on the following basis:

(i) You may seek liquidity for the Trade (via the Broker that you have identified), and

(ii) If appropriate liquidity is found, the Trade is executable in its entirety only (that is, on a fill or kill basis) - partial execution of the Trade is not approved.

Subject to (i) and (ii) above, West Point Derivatives Ltd will irrevocably accept to effect the clearing of the Trade.

In case of any queries, please contact support@tradewestpoint.com.

Global Securities Services

**West Point Derivatives Ltd**

Details of Trade:

| | |
|---|---|
| **Client Account** | EDG01 |
| **Counterparty** | Bastion Capital London Ltd |
| **Trade Type** | Sell |
| **Ticker** | VWS |
| **Product (Instrument)** | Equity (Equity) |
| **Currency** | DKK |
| **Price** | 331.9000 |
| **Quantity/Contracts** | 377,401 |
| **Shapes** | **Shape 1** 377,401 |
| **Notional** | 125,259,391.90 |
| **Trade Date** | 22 June 2015 |
| **Settlement Date** | 24 June 2015 |

KLUGMAN00000438