# Exhibit 43

Robert Klugman - January 28, 2021

Page 1

```
 1              UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF NEW YORK
 2              CASE NO.  18-MD-2865 (LAK)

 3     _____
                                              )
 4     IN RE:                                 )
                                              )
 5     CUSTOMS AND TAX ADMINISTRATION OF      )
       THE KINGDOM OF DENMARK                 )
 6     (SKATTEFORVALTNINGEN) TAX REFUND       )
       SCHEME LITIGATION                      )
 7                                            )
       This document relates to case nos.     )
 8     19-cv-01783; 19-cv-01788; 19-cv-01794; )
       19-cv-01798; 19-cv-01918               )
 9     _____)

10

11

12

13

14        REMOTE VTC VIDEOTAPED DEPOSITION UNDER ORAL

15                      EXAMINATION OF

16                      ROBERT KLUGMAN

17                 DATE: January 28, 2021

18

19

20

21

22

23

24

25          REPORTED BY:  MICHAEL FRIEDMAN, CCR
```

Robert Klugman - January 28, 2021

```
1     R O B E R T   K L U G M A N,

2           called as a witness, having been first

3     duly sworn according to law, testifies as follows:

4

5

6     EXAMINATION BY MR. MAGUIRE:

7           Q    Good morning, Mr. Klugman?

8           A    Good morning.

9           Q    So I'm Bill Maguire and I represent

10    the plaintiff who I'm going to call SKAT.

11    And I will ask you questions today.

12           We need a clear record, so could I

13    ask you, please, if there's any question that

14    I ask you that you don't understand, please

15    let me know and give me a chance to fix the

16    question.

17           A    Okay.  Just one question before we

18    start.  Your audio is a little -- I don't

19    know if I'm the only person to hear the

20    audio.

21           It's a little fuzzy compared to the

22    other two previous speakers.

23           Q    I will move a little closer.

24           Is that a little better?

25           A    A little better, yes.
```

Robert Klugman - January 28, 2021

Page 65

1    going forward.

2         Q    So that was just after -- same

3    month, but later in the month, as the first

4    trades that were done in early August.

5             Was there any discussion about

6    those trades?

7         A    Not that I recall.  It's certainly

8    possible that that would have been covered.

9         Q    And what do you recall about that,

10   the discussion of trades going forward?

11        A    I don't remember specifically.  It

12   was just, I think, we -- we may have

13   confirmed that the profit split.  But other

14   than that, I don't really recall anything

15   specifically.

16        Q    And what was the profit split?

17        A    That he was going to get 75 percent

18   of the reclaims.

19        Q    And then the remaining 25 percent

20   would be split among the other participants?

21        A    Yes.

22        Q    Was there any discussion of the

23   expectation of the return, what the hundred

24   percent, what that would be?

25        A    I don't recall that overall level