

Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, New York 10004-1482
Telephone: +1 (212) 837-6000
Fax: +1 (212) 422-4726
hugheshubbard.com

Marc A. Weinstein
Partner
Direct Dial: +1 (212) 837-6460
Direct Fax: +1 (212) 299-6460
marc.weinstein@hugheshubbard.com

September 30, 2024

BY ECF

Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007
KaplanNYSDChambers@nysd.uscourts.gov

    Re:    *In re Customs and Tax Administration of the Kingdom of Denmark (Skatteforvaltningen) Tax Refund Scheme Litigation*, 18-md-2865 (LAK)

Dear Judge Kaplan:

    This letter motion relates to the cases consolidated for Trial One. We write on behalf of plaintiff Skatteforvaltningen ("SKAT") and the Trial One Defendants to request that the Court extend the deadline for the parties to submit proposed joint stipulations of fact concerning the proposed testimony of Kasper Pilgaard and Dr. Emre Carr from October 1, 2024 to October 8, 2024. (*See* ECF Nos. 1116, 1118.) The parties have exchanged drafts of their respective proposed stipulations and continue to work to reach an agreement on the substance of the stipulations.

    This is the parties' first request to modify the schedule for the submission of the proposed joint stipulations of fact.

    Respectfully submitted,

    /s/ Marc A. Weinstein
    Marc A. Weinstein